**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-cag**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011** |

## STATEMENT REGARDING CONSENT

**TO THE HONORABLE CRAIG A. GARGOTTA,**
**UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff, the Chapter 7 Trustee John Patrick Lowe, consents to the entry of final orders and a final judgment by the Court (an Article I bankruptcy judge) in this adversary proceeding.

**[*Remainder of page left intentionally blank*]**

Respectfully submitted,

*/s/ Joshua L. Shepherd*
Chase J. Potter
Texas State Bar No. 24088245
potter@imcplaw.com
Joshua L. Shepherd
Texas State Bar No. 24058104
shepherd@imcplaw.com
**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
(214) 432-6744

**SPECIAL COUNSEL FOR**
**JOHN PATRICK LOWE, TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically served on April 22, 2026 via the Court's CM/ECF Notification System, as indicated below, to the following parties in interest:

Trey Crawford (tcrawford@cwl.law)
Michael J. Lang (mlang@cwl.law)
Alexandra Ohlinger (aohlinger@cwl.law)
**CRAWFORD WISHNEW LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500

**COUNSEL FOR THE DEFENDNATS,**
**TOBY AND MELISSA NEUGEBAUER**

By: *[/s/ Joshua L. Shepherd]*
Joshua L. Shepherd