Chase J. Potter
Texas State Bar No. 24088245
potter@imcplaw.com
Greg McAllister
Texas State Bar No. 24071191
greg@imcplaw.com
Joshua J. Iacuone
Texas State Bar No. 24036818
josh@imcplaw.com
Joshua L. Shepherd
Texas State Bar No. 24058104
shepherd@imcplaw.com
Jesse A. Okiror
Texas State Bar No. 24065843
jesse@imcplaw.com
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

SPECIAL COUNSEL FOR
JOHN PATRICK LOWE, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-cag**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adv. No. 26-05011** |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as additional counsel for the Plaintiff. Chase J. Potter, of Iacuone McAllister Potter PLLC, shall continue to serve as lead counsel for Plaintiff in this action. The undersigned respectfully requests, pursuant to Federal Rule of Bankruptcy Procedure 9010, that all notices given or required to be given in this adversary proceeding, and all papers served or required to be served in this adversary proceeding, be served upon Plaintiff, by and through service on the following additional counsel:

Joshua J. Iacuone
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 960-2832 – Telephone
Email: josh@imcplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**[Remainder of page left intentionally blank]**

Respectfully submitted,

*/s/ Joshua J. Iacuone*

**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, contemporaneously with its filing, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this bankruptcy case.

*/s/ Joshua J. Iacuone*

**JOSHUA J. IACUONE**