**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 01, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-cag**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**<u>ORDER GRANTING AGREED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND DOCKET CALL UNDER THE SCHEDULING ORDER</u>**

ON THIS DAY came to be considered the Agreed Motion to Extend Dispositive Motion

Deadline and Docket Call Under the Scheduling Order ("Motion"), in the above-styled and numbered cause. The Court finds that the Motion should be GRANTED, and the Court hereby enters the following extended dates under the Scheduling Order and amends paragraphs 4 and 6 as follows [Adv. Dkt. 6]:

4. All dispositive motions shall be filed and served on all other parties on or before 8/31/26 and shall be limited to 20 pages. See L. Rule 7007−1(a) for the definition of dispositive motions and page limits. Responses shall be filed and served on all other parties not later than 21 days after service of the motion and shall be limited to 20 pages. See L. Rule 7007−1(b)(2). Any replies shall be filed and served on all other parties not later than 7 days after service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. See L. Rule 7007−1(c).

***

6. Docket call for trial is set for 10/05/26 at 01:30 PM at:
https://www.zoomgov.com/my/thomas.txwb,
Via Zoom : Meeting ID: 160 84466872.

SO ORDERED.

# # #

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**GREG MCALLISTER**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Michael J. Lang*
**TREY CRAWFORD**
Texas State Bar No. 24059623
tcrawford@cwl.law
**MICHAEL J. LANG**
Texas State Bar No. 24036944
mlang@cwl.law
**ALEXANDRA OHLINGER**
Texas State Bar No. 24091423
aohlinger@cwl.law
**GRACEN MORENO**
Texas State Bar No. 24116248
gmoreno@cwl.law
**DAVID M. AKERE**
Texas State Bar No. 24126294
dakere@cwl.law

**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS**
**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**