**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 01, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-cag** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND DOCKET CALL UNDER THE SCHEDULING ORDER**

ON THIS DAY came to be considered the Agreed Motion to Extend Dispositive Motion

Deadline and Docket Call Under the Scheduling Order ("Motion"), in the above-styled and numbered cause. The Court finds that the Motion should be GRANTED, and the Court hereby enters the following extended dates under the Scheduling Order and amends paragraphs 4 and 6 as follows [Adv. Dkt. 6]:

4. All dispositive motions shall be filed and served on all other parties on or before 8/31/26 and shall be limited to 20 pages. See L. Rule 7007−1(a) for the definition of dispositive motions and page limits. Responses shall be filed and served on all other parties not later than 21 days after service of the motion and shall be limited to 20 pages. See L. Rule 7007−1(b)(2). Any replies shall be filed and served on all other parties not later than 7 days after service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. See L. Rule 7007−1(c).

***

6. Docket call for trial is set for 10/05/26 at 01:30 PM at:
https://www.zoomgov.com/my/thomas.txwb,
Via Zoom : Meeting ID: 160 84466872.

SO ORDERED.

# # #

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**GREG MCALLISTER**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Michael J. Lang*
**TREY CRAWFORD**
Texas State Bar No. 24059623
tcrawford@cwl.law
**MICHAEL J. LANG**
Texas State Bar No. 24036944
mlang@cwl.law
**ALEXANDRA OHLINGER**
Texas State Bar No. 24091423
aohlinger@cwl.law
**GRACEN MORENO**
Texas State Bar No. 24116248
gmoreno@cwl.law
**DAVID M. AKERE**
Texas State Bar No. 24126294
dakere@cwl.law

**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS**
**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

United States Bankruptcy Court

Western District of Texas

Lowe, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 26-05011-alt

Neugebauer,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2026 | Form ID: pdfintp | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | John Patrick Lowe, Chapter 7 Trustee, c/o Iacuone McAllister Potter PLLC, 4925 Greenville Ave., Suite 1112, Dallas, TX 75206-4026 |
| dft | + | Melissa Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |
| dft | + | Toby Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | Jul 01 2026 23:08:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Jul 01 2026 23:07:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, filings@imcplaw.com |

Joshua J. Iacuone
on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee josh@imcplaw.com

Joshua Lee Shepherd
on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee shepherd@imcplaw.com

Tom Hill Crawford, III
on behalf of Defendant Melissa Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

Tom Hill Crawford, III
on behalf of Defendant Toby Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

TOTAL: 5