Chase J. Potter
Texas State Bar No. 24088245
potter@imcplaw.com
Greg McAllister
Texas State Bar No. 24071191
greg@imcplaw.com
Joshua J. Iacuone
Texas State Bar No. 24036818
josh@imcplaw.com
Joshua L. Shepherd
Texas State Bar No. 24058104
shepherd@imcplaw.com
Jesse A. Okiror
Texas State Bar No. 24065843
jesse@imcplaw.com
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

SPECIAL COUNSEL FOR
JOHN PATRICK LOWE, TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adv. No. 26-05011-alt** |

**SECOND AGREED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE UNDER THE SCHEDULING ORDER**

John Patrick Lowe ("Plaintiff"), the duly-appointed chapter 7 trustee for the estate of Animo Bancorp, Inc., the above-captioned debtor, and defendants Toby Neubegauer and Melissa Neugebauer (collectively, "Defendants", and with the Plaintiff, the "Parties") file this Second Agreed Motion to Extend Dispositive Motion Deadline Under the Scheduling Order ("Motion"), respectfully stating as follows:

1. On March 2, 2026, the Plaintiff commenced this adversary proceeding against Defendants [Adv. Dkt. 1].

2. On April 1, 2026, Defendants filed their Answer to Trustee's Original Complaint and Affirmative Defenses [Adv. Dkt. 3].

3. On April 7, 2026, the Court entered its original Scheduling Order [Adv. Dkt. 6]. Under the original Scheduling Order, all dispositive motions must be filed by July 16, 2026, and the docket call was scheduled for September 14, 2026, at 1:30 p.m.

4. On June 29, 2026, the parties filed their original Agreed Motion to Extend Dispositive Motion Deadline and Docket Call Under the Scheduling Order ("Original Motion") [Adv. Dkt. 10]. On July 1, 2026, the Court granted the Original Motion extending the dispositive motion deadline to August 31, 2026, and re-setting the docket call to October 5, 2026. [Adv. Dkt. 11].

5. Due to Defendants' schedules, and a conflicting arbitration setting, it has been difficult for Plaintiff to schedule Defendants' depositions, despite Plaintiff's diligence. Plaintiff seeks Defendants' depositions in anticipation of a filing a dispositive motion. To that end, the parties jointly request a short extension of just two weeks for the dispositive motions deadline to

and through September 14, 2026. This is the second request for a short extension of a deadline in the Scheduling Order, and is not sought for the purposes of delay.

6. Accordingly, to provide additional time to conduct Defendants' depositions and thereafter potentially engage in dispositive motion practice, the Parties request that the Court extend the dispositive motions deadline to September 14, 2026.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants jointly and respectfully request that the Court grant this Motion and extend the dispositive motions deadline in the Scheduling Order to September 14, 2026, and provide them such other and further relief to which they are entitled.

RESPECTFULLY SUBMITTED this 31st day of July, 2026.

**[Remainder of page left intentionally blank]**

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Joshua J. Iacuone*<br>**CHASE J. POTTER**<br>Texas State Bar No. 24088245<br>potter@imcplaw.com<br>**Greg McAllister**<br>Texas State Bar No. 24071191<br>greg@imcplaw.com<br>**JOSHUA J. IACUONE**<br>Texas State Bar No. 24036818<br>josh@imcplaw.com<br>**JOSHUA L. SHEPHERD**<br>Texas State Bar No. 24058104<br>shepherd@imcplaw.com<br>**JESSE A. OKIROR**<br>Texas State Bar No. 24065843<br>jesse@imcplaw.com<br><br>**IACUONE MCALLISTER POTTER PLLC**<br>Energy Square One<br>4925 Greenville Avenue, Suite 1112<br>Dallas, Texas 75206<br>(214) 432-6744 - Telephone<br><br>**SPECIAL COUNSEL FOR THE TRUSTEE** | <br><br>*/s/ Michael J. Lang (w/permission)*<br>Trey Crawford<br>Texas State Bar No. 24059623<br>tcrawford@cwl.law<br>Michael J. Lang (admission pending)<br>Texas State Bar No. 24036944<br>mlang@cwl.law<br>Alexandra Ohlinger (admission pending)<br>Texas State Bar No. 24091423<br>aohlinger@cwl.law<br>Gracen Moreno<br>Texas State Bar No. 24116248<br>gmoreno@cwl.law<br>David M. Akere<br>Texas State Bar No. 24126294<br>dakere@cwl.law<br><br>**CRAWFORD, WISHNEW & LANG PLLC**<br>1700 Pacific Avenue, Suite 2390<br>Dallas, Texas 75201<br>Telephone: (214) 817-4500<br>Facsimile: (214) 602-6551<br><br>**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, contemporaneously with its filing, a true and correct copy of the foregoing document was served by electronic transmission via the Court's CM/ECF system upon all parties registered to receive electronic notice in this adversary proceeding.

*/s/ Joshua J. Iacuone*
**JOSHUA J. IACUONE**