**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 04, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-50359-ALT |
| ANIMO BANCORP, INC., | § | |
| Debtor. | § | CHAPTER 7 |
| JOHN PATRICK LOWE, TRUSTEE, Plaintiffs. | § | |
| v. | § | ADVERSARY NO. 26-05011-ALT |
| TOBY NEUGEBAUER, and MELISSA NEUGEBAUER, Defendants. | § | |

**ORDER DENYING JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Pending before the Court is the *Joint Motion for Entry of Confidentiality and Protective Order*[1] (the "Motion") filed on July 27, 2026. Section 17 of the proposed order, attached to the Motion, purports to subject the United States Trustee ("U.S. Trustee") to the terms of the agreed order but the Motion and proposed order were not served on the U.S. Trustee nor does it appear that the U.S. Trustee has consented to the proposed agreed order.

THERFORE IT IS ORDERED the Motion is denied without prejudice to refiling to either provide the U.S. Trustee with adequate notice and the opportunity to object, to include the U.S. Trustee's consent, or to seek relief that does not bind a third party.

###

[1] Docket No. 13.