**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**ANIMO BANCORP, INC.,**<br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-cag**<br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-cag** |

**NOTICE OF APPEARANCE**

Notice is hereby given that Jeffrey M. Tillotson of TILLOTSON PATTON is entering his appearance as additional counsel for Defendants Toby Neugebauer and Melissa Neugebauer and requests that all related filings and notices from the Court, copies and pleadings be sent to them at the following address:

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
TILLOTSON PATTON
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone

Dated: August 14, 2026

Respectfully Submitted,

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson
State Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
State Bar No. 24122158
eramirez@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on August 14, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

*/s/ Jeffrey M. Tillotson*
Jeffrey M. Tillotson