**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff John Patrick Lowe, Trustee ("Plaintiff" or "Trustee"), and Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") (collectively, the "Parties") file this Joint Motion for Entry of Confidentiality and Protective Order ("Joint Motion") in the above-captioned adversary proceeding ("Adversary Proceeding") and, in support thereof, respectfully show the Court as follows:

The Parties anticipate producing or disclosing certain confidential and/or personally sensitive information during the course of this Adversary Proceeding. In connection with same, the Parties reached an agreement as to the form of an agreed protective order, which is being filed concurrently with this Joint Motion (hereinafter, "Confidentiality and Protective Order"). The Parties agree that the Confidentiality and Protective Order will protect the interests of all of the

Parties and facilitate the prompt exchange of documents and information in this Adversary Proceeding. The Confidentiality and Protective Order does not deem any document or disclosure "confidential" but instead sets forth the means by which a producing party may assert that protection is appropriate, subject to challenge by an opposing party and, ultimately, a determination by this Court.

Therefore, the Parties respectfully request that the Court grant this Joint Motion and sign the Confidentiality and Protective Order being filed concurrently herewith.

***[Remainder of this page intentionally left blank]***

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Michael J. Lang (w/permission)*
Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang (admission pending)
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger (admission pending)
Texas State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
Texas State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law

**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system, and via separate email to counsel for the U.S. Trustee, on this 18th day of August, 2026.

*/s/ Joshua J. Iacuone*
**JOSHUA J. IACUONE**