**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | § § § § § § § | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | § § § § § § § § § § § § § | **Adversary No. 26-05011-alt** |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY AGAINST DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

CAME ON FOR CONSIDERATION Plaintiff John Patrick Lowe's (the "Trustee" or "Plaintiff") Motion to Compel Discovery and Brief in Support (the "Motion") against Defendants

Toby Neugebauer ("Toby") and Melissa Neugebauer ("Melissa," and collectively with Toby the "Defendants" or the "Neugebauers"), and all supporting documents. Having considered the Motion, any response thereto, the arguments of counsel, and the applicable law, the Court finds that the Motion is well-taken and should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants strike the "subject to" and "without waiving" qualifiers from every response in which they appear in Toby Neugebauer's Objections and Responses to the Trustee's First Set of Discovery Requests ("Toby's First Responses"), Melissa Neugebauer's Objections and Responses to the Trustee's First Set of Discovery Requests ("Melissa's Responses"), and Toby Neugebauer's Objections and Responses to the Trustee's Second Set of Discovery Requests ("Toby's Second Responses" and collectively with Toby's First Responses and Melissa's Responses, the "Responses");

2. For each interrogatory in the Responses to which Defendants assert an objection, Defendants state whether any responsive information is being withheld on the basis of that objection;

3. For each request for production in the Responses to which Defendants assert an objection, Defendants state whether any responsive documents are being withheld on the basis of that objection;

4. Defendants withdraw all boilerplate objections;

5. Melissa produce all documents in her possession, custody, or control responsive to the requests for production in the Trustee's First Set of Discovery Requests to Defendant Melissa Neugebauer;

6. Toby produce a privilege log identifying all responsive documents withheld based on privilege or work-product grounds;

7. Melissa produce a privilege log identifying all responsive documents withheld based on privilege or work-product grounds;

8. Defendants produce all responsive documents in the form in which they are ordinarily maintained or in a reasonably usable form and preserve associated metadata;

9. Defendants shall comply with the foregoing obligations within 10 (ten) days of entry of this Order.

# # #

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**GREG MCALLISTER**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-1536 – Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**