# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

Adversary Proceeding No.: 26−05011−alt
Judge: Aubrey L. Thomas

**John Patrick Lowe,**
**Chapter 7 Trustee**
Plaintiff

v.

**Toby Neugebauer et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at SA Courtroom 3 − 615 E. Houston St. or, https://www.zoomgov.com/my/thomas.txwb, via Zoom: Meeting ID: 160 8446 6872

on **9/8/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 21 Motion to Compel Discovery Against Defendants Toby Neugebauer and Melissa Neugebauer and Brief in Support filed by Joshua J. Iacuone for Plaintiff John Patrick Lowe, Chapter 7 Trustee Hearing Scheduled For 9/8/2026 at 10:00 AM at SA Courtroom 3 or https://www.zoomgov.com/my/thomas.txwb via Zoom Meeting ID: 160 8446 6872 (Flores, Roxanne)

Dated: 8/20/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court