# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

Adversary Proceeding No.: 26−05011−alt
Judge: Aubrey L. Thomas

**John Patrick Lowe,**
**Chapter 7 Trustee**
Plaintiff

v.

**Toby Neugebauer et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at SA Courtroom 3 – 615 E. Houston St. or, https://www.zoomgov.com/my/thomas.txwb, via Zoom: Meeting ID: 160 8446 6872

on **9/8/26 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 21 Motion to Compel Discovery Against Defendants Toby Neugebauer and Melissa Neugebauer and Brief in Support filed by Joshua J. Iacuone for Plaintiff John Patrick Lowe, Chapter 7 Trustee Hearing Scheduled For 9/8/2026 at 10:00 AM at SA Courtroom 3 or https://www.zoomgov.com/my/thomas.txwb via Zoom Meeting ID: 160 8446 6872 (Flores, Roxanne)

Dated: 8/20/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

Western District of Texas

Lowe, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 26-05011-alt

Neugebauer,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2026 | Form ID: 137 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | John Patrick Lowe, Chapter 7 Trustee, c/o Iacuone McAllister Potter PLLC, 4925 Greenville Ave., Suite 1112, Dallas, TX 75206-4022 |
| dft | + | Melissa Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |
| dft | + | Toby Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com |
| Jeffrey M. Tillotson | on behalf of Defendant Toby Neugebauer jtillotson@tillotsonlaw.com swade@tillotsonlaw.com;keith@tillotsonlaw.com |
| Jeffrey M. Tillotson | on behalf of Defendant Melissa Neugebauer jtillotson@tillotsonlaw.com swade@tillotsonlaw.com;keith@tillotsonlaw.com |
| Joshua J. Iacuone | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee josh@imcplaw.com |

Joshua Lee Shepherd
on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee shepherd@imcplaw.com

Tom Hill Crawford, III
on behalf of Defendant Toby Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

Tom Hill Crawford, III
on behalf of Defendant Melissa Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

TOTAL: 7