**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | |
| | § | **Chapter 7** |
| **Debtor.** | § | |
| | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE TRUSTEE'S MOTION TO COMPEL DISCOVERY**

Before the Court is Defendants Toby Neugebauer and Melissa Neugebauer's Unopposed Motion to Extend Deadline to Respond to the Trustee's Motion to Compel Discovery (the "Motion"). After considering the Motion, the Court finds the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Toby Neugebauer and Melissa Neugebauer's deadline to file their response to Plaintiff John Patrick Lowe's Motion to Compel Discovery Against Defendants Toby Neugebauer and Melissa Neugebauer and Brief in Support [Adv. Dkt. No. 21] is extended to and including September 4, 2026.

# # #

Order submitted by:

Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 – Telephone

**ATTORNEYS FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**