**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**JOINT MOTION TO EXTEND DEADLINES UNDER SCHEDULING ORDER AND TO RESET HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff John Patrick Lowe, Trustee ("Plaintiff" or "Trustee"), and Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") (collectively, the "Parties") file this Joint Motion ("Joint Motion") to Extend Deadlines Under Scheduling Order ("Extension Requests") and to Reset Hearing on Plaintiff's Motion to Compel Discovery[1] ("Hearing Reset Request") and, in support thereof, respectfully show the Court as follows:

1. On March 2, 2026, the Trustee commenced this adversary proceeding against Defendants. *See* Adv. Dkt. No. 1.

---

[1] "Motion to Compel Discovery" refers to the Motion to Compel Discovery Against Defendants Toby Neugebauer and Melissa Neugebauer and Brief in Support, which the Trustee filed on August 18, 2026, in this adversary proceeding. *See* Adv. Dkt. No. 21.

2. On April 1, 2026, Defendants filed their Answer to the Trustee's Original Complaint and Affirmative Defenses. *See* Adv. Dkt. No. 3.

3. On April 7, 2026, the Court entered the original Scheduling Order governing this adversary proceeding. *See* Adv. Dkt. No. 6.

4. On July 1, 2026, the Court issued an Order Granting Agreed Motion to Extend Dispositive Motion Deadline and Docket Call Under the Scheduling Order, which reset the docket call in this case from September 14, 2026, to October 5, 2026, and extended the deadline to file dispositive motions from July 16, 2026, to August 31, 2026. *See* Adv. Dkt. No. 11. Subsequently, the Court issued an Order Granting Second Agreed Motion to Extend Dispositive Motion Deadline Under the Scheduling Order, which further extended the deadline to file dispositive motions from August 31, 2026, to September 14, 2026. *See* Adv. Dkt. No. 16.

5. On August 16, 2026, the Trustee filed the Motion to Compel Discovery. *See* Adv. Dkt. No. 21. On August 20, 2026, the Court issued a Notice of Hearing, setting the hearing on the Motion to Compel Discovery for September 8, 2026, at 10:00 a.m. *See* Adv. Dkt. No. 24. As the Parties worked to resolve the issues in the Motion to Compel Discovery, Defendants requested (without opposition) – and the Court granted – an extension for Defendants to respond to the Motion to Compel Discovery to September 4, 2026. *See* Adv. Dkt. Nos. 27, 28.

6. Counsel for the Parties have continued to confer regarding the Motion to Compel Discovery, the rescheduling of depositions, and the various upcoming deadlines in this case. For the reasons set forth in prior requests for extensions of deadlines, the Parties have had difficulty scheduling Defendants' depositions, and the Trustee has re-noticed Defendants' depositions several times. Defendants' depositions have again been rescheduled for September 11 and 14, 2026. Despite the Trustee's diligence, the rescheduled depositions do not allow the Trustee

sufficient time before the currently scheduled dispositive motion deadline (*i.e.*, September 14, 2026) to determine whether Defendants' deposition testimony will be relevant in connection with that deadline. In addition, while the Parties have made progress in their further conference efforts, there are still outstanding items in the Motion to Compel Discovery, and the Parties would like additional time to potentially resolve all such items.

7. Accordingly, the Parties jointly make the following Extension Requests:

(1) Extend the dispositive motion deadline from September 14, 2026, to and including September 21, 2026 (along with corresponding extensions to any response or reply, pursuant to the Local Rules and the original Scheduling Order);

(2) Extend the deadline to file a joint pre-trial order and proposed findings of fact and conclusions of law from September 8, 2026,[2] to and including October 20, 2026; and

(3) Extend the docket call from October 5, 2026, to and including October 26, 2026.

8. Further, with respect to the Motion to Compel Discovery, the Parties jointly make the following Hearing Reset Request:

(1) Reset the September 8, 2026, Hearing to occur on September 15, 16, or 17, 2026, pursuant to the Court's availability (or at another convenient time for the Court as soon as practicable); and

(2) Extend the deadline for Defendants to file a response to the Motion to Compel from September 4, 2026, to and including September 11, 2026.

9. Therefore, to allow the Parties to focus on Defendants' depositions, resolve

---

[2] On September 3, 2026, the Parties filed an Agreed Motion to Extend Deadlines Under Local Bankruptcy Rule 7016–1(c) and (d), which asked to extend the deadline to file a joint pre-trial order and proposed findings of fact and conclusions of law from September 8, 2026, to and including September 29, 2026. *See* Adv. Dkt. No. 29. As of the time of filing this Joint Motion, that motion has not been granted and, if the Court grants this Joint Motion, the relief requested in the prior agreed motion will be mooted.

additional items in the Motion to Compel Discovery, engage in dispositive motion practice, submit an accurate and complete joint pre-trial order and proposed findings of fact and conclusions of law, and prepare for trial, the Parties respectfully make the Extension Requests and Hearing Reset Request set forth above.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and to provide them such other and further relief to which they are entitled.

***[Remainder of this page intentionally left blank]***

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson (w/permission)*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

and

Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang (admission pending)
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger (admission pending)
Texas State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
Texas State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system on this 4th day of September, 2026.

*/s/ Joshua J. Iacuone*
**JOSHUA J. IACUONE**