**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES UNDER SCHEDULING ORDER AND TO RESET HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

ON THIS DAY, the Court considered the Joint Motion to Extend Deadlines Under

Scheduling Order and to Reset Hearing on Plaintiff's Motion to Compel Discovery ("Joint Motion") filed by Plaintiff John Patrick Lowe, Trustee ("Plaintiff" or "Trustee"), and Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") (collectively, the "Parties"). The Court finds that the Joint Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following extends dates under the Scheduling Order [Adv. Dkt. No. 6] and amends paragraphs 4, 6, and 7 therein as follows:

4. All dispositive motions shall be filed and served on all other parties on or before **9/21/26** and shall be limited to 20 pages. *See* L. Rule 7007−1(a) for the definition of dispositive motions and page limits. Responses shall be filed and served on all other parties not later than 21 days after service of the motion and shall be limited to 20 pages. *See* L. Rule 7007−1(b)(2). Any replies shall be filed and served on all other parties not later than 7 days after service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. *See* L. Rule 7007−1(c).

6. Docket call for trial is set for **10/26/26** at **01:30 PM** at **https://www.zoomgov.com/my/thomas.txwb, Via Zoom : Meeting ID: 160 8446 6872**.

7. A joint pre–trial order and proposed findings of fact and conclusions of law are due **10/20/26**. *See* L. Rule 7016–1(c) and (d).

IT IS FURTHER ORDERED that the Hearing on Plaintiff's Motion to Compel Discovery Against Defendants Toby Neugebauer and Melissa Neugebauer and Brief in Support (*i.e.*, Adv. Dkt. No. 21, the "Motion to Compel Discovery") will be reset to occur on September 15, 16, or 17, 2026, or on another date shortly thereafter.

IT IS FURTHER ORDERED that Defendants' deadline to respond to the Motion to Compel Discovery is September 11, 2026.

SO ORDERED.

# # #

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson (w/permission)*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

and

Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang (admission pending)
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger (admission pending)
Texas State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
Texas State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**