**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 04, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES UNDER LOCAL BANKRUPTCY RULE 7016–1(C) AND (D)**

ON THIS DAY, the Court considered the Agreed Motion to Extend Deadlines Under Local Bankruptcy Rules 7016–1(c) and (d) ("Motion") filed by Plaintiff John Patrick Lowe, Trustee

(“Plaintiff” or “Trustee”), and Defendants Toby Neugebauer and Melissa Neugebauer (“Defendants”) (collectively, the “Parties”). The Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following extended date under the Scheduling Order [Adv. Dkt. No. 6] and amends paragraph 7 therein as follows:

7. A joint pre–trial order and proposed findings of fact and conclusions of law are due 9/29/26. *See* L. Rule 7016–1(c) and (d).

SO ORDERED.

# # #

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson (w/permission)*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

and

Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang (admission pending)
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger (admission pending)
Texas State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
Texas State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

United States Bankruptcy Court

Western District of Texas

Lowe, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 26-05011-alt

Neugebauer,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 2

Date Rcvd: Sep 04, 2026 | Form ID: pdfintp | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | John Patrick Lowe, Chapter 7 Trustee, c/o Iacuone McAllister Potter PLLC, 4925 Greenville Ave., Suite 1112, Dallas, TX 75206-4022 |
| dft | + | Melissa Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |
| dft | + | Toby Neugebauer, 10777 Strait Lane, Dallas, TX 75229-5428 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | Sep 04 2026 23:27:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Sep 04 2026 23:27:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chase Potter | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee potter@imcplaw.com, |

filings@imcplaw.com;anna@imcplaw.com,4728134420@filings.docketbird.com

Jeffrey M. Tillotson
on behalf of Defendant Melissa Neugebauer jtillotson@tillotsonlaw.com swade@tillotsonlaw.com;keith@tillotsonlaw.com

Jeffrey M. Tillotson
on behalf of Defendant Toby Neugebauer jtillotson@tillotsonlaw.com swade@tillotsonlaw.com;keith@tillotsonlaw.com

Joshua J. Iacuone
on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee josh@imcplaw.com

Joshua Lee Shepherd
on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee shepherd@imcplaw.com

Tom Hill Crawford, III
on behalf of Defendant Toby Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

Tom Hill Crawford, III
on behalf of Defendant Melissa Neugebauer tcrawford@cwl.law
paralegal3@cwl.law;gmoreno@cwl.law;aohlinger@cwl.law;mlang@cwl.law;dakere@cwl.law

TOTAL: 7