# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**DECLARATION OF JOHN PATRICK LOWE**

1. My name is John Patrick Lowe. I am over twenty-one (21) years of age, have never been convicted of a felony, and am competent to make this Declaration. The matters set forth herein are within my personal knowledge and are true and correct.

2. I am the duly-appointed Chapter 7 Trustee for the estate (the "Estate") of Animo Bancorp, Inc. (the "Debtor" or "Bancorp"), the debtor in the above-styled and numbered chapter 7 bankruptcy case (the "Bankruptcy Case"). I am the plaintiff in this Adversary Proceeding in that capacity.

3. Since my appointment as trustee, I have obtained a large amount of books and records of the Debtor, which books and records are property of the Estate. The information I give in this Declaration is based on my personal knowledge or on my familiarity with the documents I reference herein, as books and records of the Estate, and as documents on which I rely, on which

trustees typically rely, and with respect to which I have no question as to their genuineness and authenticity.

4. I am giving this Declaration in connection with the *Trustee's Traditional Motion for Summary Judgment Against Defendants Toby Neugebauer and Melissa Neugebauer* (the "Motion").

5. This Declaration is included as Exhibit 1 to the Motion. Exhibits 1-A, 1-B, 1-C, and 1-D are all books and records of the Estate. Exhibit 1-E was produced by Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") in discovery in this Adversary Proceeding (and likewise consists of books and records of the Estate).

6. Exhibit 1-A is the Texas Secretary of State's Certificate of Filing approving the Debtor's Certificate of Formation (which is attached thereto).

7. Exhibit 1-B is an email chain dated November 23, 2022, and December 20, 2022, with emails exchanged among Bill Conroy, Toby Neugebauer, Miles Everson, and Cathy Lemieux, and later forwarded to Hunter Bywaters and Patrick Jackson.

8. Exhibit 1-C contains the Debtor's internal financial statements as of November 30, 2021.

9. Exhibit 1-D contains the Debtor's "Monthly Financial Package," which includes the Debtor's internal financial statements as of October 31, 2022.

10. Exhibits 1-A, 1-B, 1-C, and 1-D are all true and correct copies of the originals, as held and maintained by the Debtor in its files and kept, maintained, and relied upon by me.

11. Exhibit 1-E contains true and correct copies of monthly account statements for the Debtor's checking account at Frost Bank, Account No. xxxxx2363, covering the period of January 2022 through March 2024, produced as bates Neug-Animo0001632 through Neug-

Animo0001649 by Defendants in discovery in this Adversary Proceeding, which were relied upon by me. The Debtor's Frost Bank account statements are also held and maintained by the Debtor in its files and kept and maintained by me.

My name is John Patrick Lowe. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Uvalde County, State of Texas, on September 21, 2026.

DECLARANT

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Jose A. Esparza
Deputy Secretary of State

EXHIBIT
1-A

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

Animo Bancorp, Inc.
File Number: 804085920

The undersigned, as Deputy Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic For-Profit Corporation has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Deputy Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 05/27/2021

Effective: 05/27/2021

Jose A. Esparza
Deputy Secretary of State

**Form 201**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300

THE STATE OF TEXAS

**Certificate of Formation**
**For-Profit Corporation**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 804085920 05/27/2021**
**Document #: 1054561010002**
**Image Generated Electronically**
**for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a for-profit corporation. The name of the entity is:

**Animo Bancorp, Inc.**

The name must contain the word "corporation," "company," "incorporated," "limited," or an abbreviation of one of these terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☑ A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

**Kennedy Sutherland LLP**

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**1305 E Houston San Antonio TX 78205**

**Consent of Registered Agent**

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

## Article 3 - Directors

The number of directors constituting the initial board of directors and the names and addresses of the person or persons who are to serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified are set forth below:

Director 1: **Toby Neugebauer**

Address: **11700 Preston Road Ste 660-394 Dallas TX, USA 75230**

## Article 4 - Authorized Shares

The total number of shares the corporation is authorized to issue and the par value of each of such shares, or a statement that such shares are without par value, is set forth below.

| Number of Shares | Par Value (must choose and complete either A or B) | Class | Series |
|---|---|---|---|
| **1,000** | ☑ A. has a par value of $**0.10**<br>☐ B. without par value. | | |

If the shares are to be divided into classes, you must set forth the designation of each class, the number of shares of each class, and the par value (or statement of no par value), of each class. If shares of a class are to be issued in series, you must provide the designation of each series. The preferences, limitations, and relative rights of each class or series must be stated in space provided for supplemental information.

## Article 5 - Purpose

The purpose for which the corporation is organized is for the transaction of any and all lawful business for which corporations may be organized under the Texas Business Organizations Code.

## Supplemental Provisions / Information

**ARTICLE VI**

**The period of duration of the Corporation is perpetual.**

**ARTICLE VII**

**The Corporation will not commence business until it has received for the issuance of its shares consideration of the value of at least $100.00, consisting of money, labor done, and property actually received.**

**ARTICLE VIII**

**The Corporation shall have the power to indemnify its directors, officers, employees and agents and to purchase and maintain liability insurance for those persons as, and to the fullest extent, permitted by Subchapter C, Chapter 8 of the TBOC.**

**ARTICLE IX**

**No director of the Corporation shall have any personal liability to the Corporation or its shareholders for any monetary damages for any act or omission in his or her capacity as a director; provided however, that the provisions of this Article shall not in any way eliminate or limit the liability of a director of the Corporation for: (i) a breach of a director's duty of loyalty to the Corporation or its shareholders, (ii) any act or omission not in good faith that constitutes a breach of duty of the director to the Corporation or an act or omission that involves intentional misconduct or a knowing violation of law; (iii) a transaction from which a director received an improper benefit, whether or not from an action taken within the scope of the director's office; or (iv) an act or omission for which the liability of a director is expressly provided for by an applicable statute.**

**ARTICLE X**

**Except as may be otherwise provided in Article 21.418 of the TBOC, no contract, act or transaction of the Corporation with any person or persons, firm, trust or association, or any other corporation shall be affected or invalidated by the fact that any director, officer or shareholder of the Corporation is a party to, or is interested in, such contract, act or transaction, or in any way connected with any such person or persons, firm, trust or association, or is a director, officer or shareholder of, or otherwise interested in, any such other corporation, nor shall any duty to pay damages on account to the Corporation be imposed upon such director, officer or shareholder of the Corporation solely by reason of such fact, regardless of whether the vote, action of presence of any such director, officer or shareholder may be, or may have been, necessary to obligate the Corporation on, or in connection with, such contract, act or transaction, provided that if such vote, action or presence is, or shall have be necessary, such interest or connection (other than an interest as a non-controlling shareholder of any such other corporation) be known or disclosed to the Board of Directors of the Corporation.**

**ARTICLE XI**

**The shareholders of the Corporation shall not have preemptive rights.**

**ARTICLE XII**

**Cumulative voting by the shareholders of the Corporation is expressly prohibited.**

**ARTICLE XIII**

**Any action required or permitted by the TBOC to be taken at any annual or special meeting of the shareholders of the Corporation may be taken without a meeting, without prior notice, and without a vote, if: (i) a written consent is signed by the holders of shares having not less than the minimum number of votes that would be necessary to take such action at a meeting at which the holders of all shares entitled to vote thereon were present and voted; (ii) such consent is delivered to the Corporation within 60 days of the date of the consent by delivery to its registered office, registered agent, its principal place of business, transfer agent, registrar, exchange agent, or an officer or agent of the Corporation having custody of its minute books in which the proceedings of meetings of shareholders are recorded; and (iii) all shareholders who did not consent to such action are mailed notice of such action within five business days of the date notice is delivered to the Corporation.**

**ARTICLE XIV**

**The Board of Directors of the Corporation shall adopt the initial Bylawsof the Corporation and may thereafter alter, amend, or repeal the Bylaws of the Corporation or may adopt new Bylaws, subject to the shareholders' concurrent right to alter, amend, or repeal the Bylaws or to adopt new Bylaws. The shareholders may provide that any or all such Bylaws altered, amended, repealed, or adopted by the shareholders shall not be altered, amended, reenacted, or repealed by action of the Board of Directors of the Corporation.**

[The attached addendum, if any, is incorporated herein by reference.]

**TX DOB No Objection Letter - Animo Bancorp Inc. 19May2021.pdf**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Organizer**

The name and address of the organizer is set forth below.

**Jason T. Shoup** **P.O. Box 12747, San Antonio, Texas 78212**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Jason T. Shoup**

Signature of organizer

**FILING OFFICE COPY**

**EXHIBIT 1-B**

**From:** Hunter Bywaters <hunter@bywatersmanagement.com>
**To:** "patrick.a.jackson@gmail.com" <patrick.a.jackson@gmail.com>
**Subject:** Fwd: Animo Bancorp Board Resignation
**Date:** Tue, 20 Dec 2022 13:08:15 -0600

---

See below.

Hunter Bywaters, Founder
Bywaters Company Management, LLC
hunter@bywatersmanagement.com
(617) 794-2601

Begin forwarded message:

**From:** Bill Conroy <Bill.Conroy@animobancorp.com>
**Date:** December 20, 2022 at 1:06:20 PM CST
**To:** Hunter Bywaters <hunter@bywatersmanagement.com>
**Subject: Fw: Animo Bancorp Board Resignation**

The trail of animo bancorp shutting down

Bill Conroy

---

**From:** Toby Neugebauer <toby@Glorifi.com>
**Sent:** Wednesday, November 23, 2022 11:57 AM
**To:** Miles Everson (Board Member) <meverson@mbopartners.com>
**Cc:** Cathy Lemieux <cathy.m.lemieux@gmail.com>; Bill Conroy <Bill.Conroy@animobancorp.com>
**Subject:** Re: Animo Bancorp Board Resignation

Miles
And Cathy
Thanks so much
I am dissolving entity
Don’t want you all to have to vote
I am super scared rates are going to drop again
Need capital reinvested

Sent from my iPhone

On Nov 23, 2022, at 9:56 AM, Miles Everson <meverson@mbopartners.com> wrote:

Bill, Cathy and Toby,

In light of the recent developments impacting Animo Bancorp, as provided for in the Animo Bancorp board rights, I am requesting a board meeting to occur in the next 48 hours. In the interim, I cannot support the Board’s acceptance of Bill’s resignation. We need a proper briefing on matters and implications to Animo Services Corp.

I am available today or Friday morning for a board meeting.

Regards,

Miles

---

**From:** Cathy Lemieux <cathy.m.lemieux@gmail.com>
**Sent:** Wednesday, November 23, 2022 8:17 AM
**To:** Bill Conroy <Bill.Conroy@animobancorp.com>
**Cc:** Toby Neugebauer <toby@glorifi.com>; Miles Everson <meverson@mbopartners.com>
**Subject:** Re: Animo Bancorp Board Resignation

Bill,

You did an amazing job. We came so close! Glad our paths crossed.

All the best in your next endeavor,

Cathy

On Wed, Nov 23, 2022 at 8:08 AM Bill Conroy <Bill.Conroy@animobancorp.com> wrote:

> Toby,
>
> in the light of the decision to withdraw the application for the transfer of control application from the Federal Reserve and the Texas Department of banking I submit my resignation from the Animo Bancorp board. This probably is not actually required as I was only on the board by nature of being the "Principal Executive" as identified under Texas law, and Animo Bancorp failed to complete an employment contract for the CEO position.
>
> It was my pleasure to work with you and my fellow board members in this endeavor and am very disappointed in the outcome. Unfortunately we ran out of runway.
>
> William F. Conroy III
> The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.
The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

**EXHIBIT**
**1-C**

| | *as of November 30, 2021* |
|---|---|
| **ASSETS** | |
| Current Assets: | |
| Checking/Savings | |
| Frost Bank | 5,982,174.44 |
| Total Checking/Savings | 5,982,174 |
| Total Current Assets | 5,982,174 |
| Other Assets: | |
| Citizens Bank of Ganado | 930,000 |
| Total Other Assets | 930,000 |
| TOTAL ASSETS | 6,912,174 |
| | |
| **LIABILITIES & EQUITY** | |
| Liabilities: | - |
| | |
| Equity: | |
| Melissa A. Neugebauer | 3,500,000 |
| Toby R. Neugebauer | 3,500,000 |
| Net Income | (87,826) |
| Total Equity | 6,912,174 |
| | |
| TOTAL LIABILITIES & EQUITY | 6,912,174 |

| | Month ended November 30, 2021 | YTD 2021 |
|---|---|---|
| **Income:** | - | - |
| **Expense:** | | |
| Filing Fees | 10,000 | 10,000 |
| Legal | - | 77,826 |
| Total Expense | 10,000 | 87,826 |
| Net Ordinary Incom | (10,000) | (87,826) |
| Net Income | (10,000) | (87,826) |

EXHIBIT
1-D

# Animo Bancorp, Inc.
# Monthly Financial Package
# October 31, 2022

animo
bancorp

Animo Bancorp, Inc.
Monthly Accounting Financial Package
Table of Contents


| | |
|---|---|
| Monthly Balance Sheet Comparison | 1 |
| Monthly Balance Sheet | 2 |
| Monthly Income Statement Comparison | 3 |
| Monthly Income Statement | 4 |
| Significant Transactions | 5 |
| Accounts Payable Aging | 6 |
| Cash Position | 7 |

**Animo Bancorp, Inc.**
**Consolidated Balance Sheet**
**October 31, 2022**
**(In Thousands)**

| | Oct-22 | Sep-22 | $ Change | | Dec-21 |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| Cash | $ 2,750 | $ 1,608 | $ 1,142 | **A** | $ 5,523 |
| US Treasury securities | 4,487 | - | 4,487 | **B** | - |
| Software In-Process | 133 | 133 | - | | - |
| Investment in Citizens State Bank of Ganado | 750 | 750 | - | | 750 |
| Due from related parties | 497 | 497 | - | | - |
| Prepaid expenses | 297 | 331 | (34) | | - |
| Note receivable | - | 5,841 | (5,841) | **C** | - |
| Operating lease ROU asset | 92 | 98 | (6) | | - |
| **Total assets** | **$ 9,006** | **$ 9,258** | **$ (252)** | | **$ 6,273** |
| LIABILITIES | | | | | |
| Due to Animo Services | $ - | $ - | $ - | | $ 528 |
| Accounts payable and accrued expenses | 956 | 1,006 | (50) | | 46 |
| Operating lease liability | 93 | 99 | (6) | | - |
| **Total liabilities** | 1,049 | 1,105 | (56) | | 574 |
| SHAREHOLDERS' EQUITY | | | | | |
| Additional paid in capital | 12,843 | 12,841 | 2 | | 7,000 |
| Retained deficit | (4,886) | (4,688) | (198) | | (1,301) |
| **Total shareholders' equity** | 7,957 | 8,153 | (196) | | 5,699 |
| **Total liabilities and shareholders' equity** | **$ 9,006** | **$ 9,258** | **$ (252)** | | **$ 6,273** |

**A:** The decrease in cash balance is due to the ongoing business expenses.
**B:** The increase is due to the $4.5 million investment at Raymond James in US treasury securities with the proceeds from the purchase of the convertible note by the Neugebauers.
**C:** The decrease is due to the $5.8 million convertible note being purchased by Toby and Melissa Neugebauer on Oct. 3.



CONFIDENTIAL

**Animo Bancorp, Inc.**
**Consolidated Balance Sheet**
**October 31, 2022**
**(In Thousands)**

| | Oct-22 | Sep-22 | Aug-22 | Jul-22 | Jun-22 | May-22 | Apr-22 | Mar-22 | Feb-22* | Jan-22* | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS | | | | | | | | | | | |
| Cash | $ 2,750 | $ 1,608 | $ 1,847 | $ 2,114 | $ 2,397 | $ 2,677 | $ 3,087 | $ 3,690 | $ - | $ - | $ 5,523 |
| US Treasury securities | 4,487 | - | | | | | | | | | |
| Software In-Process | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | - | - | - |
| Investment in Citizens State Bank of Ganado | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | - | - | 750 |
| Due from related parties | 497 | 497 | 497 | 497 | 497 | 497 | 497 | 497 | - | - | - |
| Prepaid expenses | 297 | 331 | 365 | 424 | 459 | 493 | 527 | 506 | - | - | - |
| Note receivable | - | 5,841 | - | - | - | - | - | - | - | - | - |
| Operating lease ROU asset | 92 | 98 | 104 | 109 | 115 | 121 | 127 | 132 | - | - | - |
| **Total assets** | **$ 9,006** | **$ 9,258** | **$ 3,696** | **$ 4,027** | **$ 4,351** | **$ 4,671** | **$ 5,121** | **$ 5,708** | **$ -** | **$ -** | **$ 6,273** |
| LIABILITIES | | | | | | | | | | | |
| Due to Animo Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 528 |
| Accounts payable and accrued expenses | 956 | 1,006 | 963 | 940 | 943 | 821 | 965 | 1,008 | - | - | 46 |
| Operating lease liability | 93 | 99 | 104 | 110 | 116 | 121 | 127 | 132 | - | - | - |
| **Total liabilities** | 1,049 | 1,105 | 1,067 | 1,050 | 1,059 | 942 | 1,092 | 1,140 | - | - | 574 |
| SHAREHOLDERS' EQUITY | | | | | | | | | | | |
| Additional paid in capital | 12,843 | 12,841 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | - | - | 7,000 |
| Retained deficit | (4,886) | (4,688) | (4,371) | (4,023) | (3,708) | (3,271) | (2,971) | (2,432) | - | - | (1,301) |
| **Total shareholders' equity** | 7,957 | 8,153 | 2,629 | 2,977 | 3,292 | 3,729 | 4,029 | 4,568 | - | - | 5,699 |
| **Total liabilities and shareholders' equity** | **$ 9,006** | **$ 9,258** | **$ 3,696** | **$ 4,027** | **$ 4,351** | **$ 4,671** | **$ 5,121** | **$ 5,708** | **$ -** | **$ -** | **$ 6,273** |

*- First quarter accounting was performed in Quickbooks, and opening balances booked in NetSuite as of 3/31. As a result no balances are reflected in NetSuite for the months of Jan/Feb.



CONFIDENTIAL 

**Animo Bancorp, Inc.**
**Consolidated Statement of Operations**
**October 31, 2022**
**(In Thousands)**

| Year-to-Date Sep-22 | | Month-to-Date Oct-22 | Month-to-Date Sep-22 | Month-to-Date Change | |
|---|---|---|---|---|---|
| | REVENUES | | | | |
| $ - | Interchange income | $ - | $ - | $ - | |
| - | **Total revenue** | - | - | - | |
| | EXPENSES | | | | |
| 2,779 | Professional services | 121 | 240 | (119) | **A** |
| 255 | Occupancy expense | 26 | 25 | 1 | |
| 48 | Operating lease amortization | 6 | 6 | - | |
| 397 | General insurance expense | 41 | 42 | (1) | |
| 106 | Other expense | 4 | 3 | 1 | |
| **3,585** | **Total expense** | **198** | **316** | **(118)** | |
| **(3,585)** | **Net income (loss) before income tax expense (benefit)** | **(198)** | **(316)** | **118** | |
| - | Income tax expense (benefit) | - | - | - | |
| **$ (3,585)** | **Net income (loss) attributable to common shareholder** | **$ (198)** | **$ (316)** | **$ 118** | |

**A:** The decrease in professional services from September to October is due to TTEC services in September for $75K compared to $0 received for October and $50K of for consulting fees for Cathy Lemieux in September to get her paid up for the year compared to $8K in October.



CONFIDENTIAL

**Animo Bancorp, Inc.**
**Consolidated Statement of Operations**
**October 31, 2022**
**(In Thousands)**

| | Month-to-Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Oct-22** | **Sep-22** | **Aug-22** | **Jul-22** | **Jun-22** | **May-22** | **Apr-22** | **Mar-22** | **Feb-22*** | **Jan-22*** |
| REVENUES | | | | | | | | | | |
| Interchange income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total revenue** | - | - | - | - | - | - | - | - | - | - |
| EXPENSES | | | | | | | | | | |
| Professional services | 121 | 240 | 273 | 212 | 293 | 232 | 481 | 927 | - | - |
| Occupancy expense | 26 | 25 | 27 | 27 | 31 | 44 | 22 | 53 | - | - |
| Operating lease amortization | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | - | - |
| General insurance expense | 41 | 42 | 41 | 41 | 105 | 19 | 19 | 89 | - | - |
| Other expense | 4 | 3 | 2 | 29 | 2 | (1) | 11 | 56 | - | - |
| **Total expense** | **198** | **316** | **349** | **315** | **437** | **300** | **539** | **1,131** | **-** | **-** |
| **Net income (loss) before income tax expense (benefit)** | **(198)** | **(316)** | **(349)** | **(315)** | **(437)** | **(300)** | **(539)** | **(1,131)** | **-** | **-** |
| Income tax expense (benefit) | | | | | - | - | - | - | - | - |
| **Net income (loss) attributable to common shareholder** | **$ (198)** | **$ (316)** | **$ (349)** | **$ (315)** | **$ (437)** | **$ (300)** | **$ (539)** | **$ (1,131)** | **$ -** | **$ -** |

*- First quarter accounting was performed in Quickbooks, and March YTD activity booked in NetSuite as of 3/31. As a result no amounts are reflected in NetSuite for the months of Jan/Feb.



CONFIDENTIAL

# Animo Bancorp, Inc.
# Significant Transactions Summary
# as of October 31, 2022

## First Quarter 2022

02/26/2022: Animo Bancorp, Inc. executed a 24-month lease for office space in Birmingham, AL with a lease commencement date of March 1, 2022. Future minimum lease payments for base rent are $5,603 per month for lease months 1 through 12 and $5,898 for lease months 13 through 24.

03/15/2022: Animo Technology Services, LLC was created in TX to facilitate the transfer of technology to Animo Bancorp, Inc. from With Purpose, Inc.

03/15/2022: GFB Acquisition Corporation was established as a wholly owned subsidiary of Animo Bancorp, Inc. to transact the anticipated acquisition of Ganado Bancshares/Citizens State Bank.

03/18/2022: Animo Bancorp, Inc. completed the sale of all outstanding equity interests of Animo Mortgage Company to With Purpose Inc. (a related party) through a $10 thousand cash purchase. Animo Mortgage Company is now a wholly owned subsidiary of With Purpose.

## Second Quarter 2022

04/29/2022: Animo Bancorp, Inc. executed a 12-month lease for office space in Charlotte, NC with a lease commencement date of May 1, 2022. Future minimum lease payments for base rent are $7,864 per month.

06/30/2022: Crowe LLP issued an unqualified audit opinion for the 12/31/2021 Financial Statement Audit of Animo Bancorp, Inc. stating the financial statements were presented fairly in all material aspects.

## Third Quarter 2022

09/08/2022: Animo Bancorp, Inc. received a $5,840,552 Series 2 convertible note from GloriFi.

10/03/2022: Toby and Melissa Neugebauer purchased the $5,840,552 Series 2 convertible note from Animo Bancorp.

10/21/2022: A Raymond James fixed income account was opened with $4,500,000 to invest the cash received from the Series 2 convertible note purchase by Toby and Melissa Neugebauer. US Treasury securities were purchased in the account.

## Acquisition Update

On October 21, 2021 Animo entered into an Agreement and Plan of Merger with Ganado Bancshares, Inc. the parent company of Citizens State Bank of Ganado for the acquisition of all outstanding stock of Ganado for approximately $7 million, net of a deposit of $750K. There have been several conversations and written communications between Animo and the Agencies. The Texas Department of Banking accepted the application on 8/23. The application is still pending approval from the Federal Reserve.



CONFIDENTIAL

**Animo Bancorp, Inc.**
**Accounts Payable/Vendor Payments**
**As of October 31, 2022**

| | Due Week Ending | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vendor:** | **5/13/2022** | **5/27/2022** | **6/17/2022** | **7/22/2022** | **8/26/2022** | **9/23/2022** | **11/4/2022** | **11/18/2022** | **11/25/2022** | **12/2/2022** | **Total** |
| Network Computing Group | - | - | - | - | - | - | - | - | - | 9,905 | **9,905** |
| Lexis Nexis Risk Solutions | - | - | - | - | - | - | - | 23,966 | - | - | **23,966** |
| Summit First Insurance IPFS Corporation | - | - | - | - | - | - | - | 22,657 | - | - | **22,657** |
| Dallas Rent | - | - | - | - | - | - | 18,054 | - | - | - | **18,054** |
| Cathy Lemieux | - | - | - | - | - | - | - | - | - | 8,333 | **8,333** |
| Charlotte Rent | - | - | - | - | - | - | 7,864 | - | - | - | **7,864** |
| Birmingham Rent | - | - | - | - | - | - | 6,003 | - | - | - | **6,003** |
| Ganado Bancshares-Rent | - | - | - | - | - | - | 1,000 | - | - | - | **1,000** |
| Logix | - | - | - | - | - | - | - | 493 | - | - | **493** |
| Spectrum VoIP | - | - | - | - | - | - | - | - | - | 430 | **430** |
| Spectrum Business | - | - | - | - | - | - | - | - | - | 185 | **185** |
| Marqeta | - | - | - | - | - | - | - | - | - | 47,342 | **47,342** |
| **Total** | **-** | **-** | **-** | **-** | **-** | **-** | **32,922** | **47,116** | **-** | **66,195** | **146,232** |
| | | | | | | | | | | | |
| **Deferred:** | | | | | | | | | | | |
| TTEC Financial Services* | - | 236,952 | 170,214 | 142,295 | 111,335 | 88,477 | - | - | 74,739 | - | **824,012** |
| | | | | | | | | | | | |
| **Total of all outstanding invoices/payments**: | **-** | **236,952** | **170,214** | **142,295** | **111,335** | **88,477** | **32,922** | **47,116** | **74,739** | **66,195** | **970,244** |

*- A good faith payment was made to TTEC of $1 million on 6/14 by ASL for all Animo entities. An agreement was reach to defer all other payments until the products were in full production.

| | |
|---|---|
| **Total Past Due** | **749,273** |
| **Total Current** | **188,049** |

| **Estimate (Not Received Final Invoice):** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | 750,000 | - | - | - | - | | | - | - | | **750,000** |



CONFIDENTIAL

ABI_Neug_024937

**Animo Bancorp, Inc.**
**Cash Position at Frost Bank**
**October 31, 2022**
**(In Thousands)**

| | October 2022 | September 2022 | August 2022 | July 2022 | June 2022 | May 2022 | April 2022 | March 2022 | February 2022 | January 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Animo Bancorp** | | | | | | | | | | |
| Beginning Balance | 1,603 | 1,842 | 2,109 | 2,392 | 2,672 | 3,082 | 3,690 | 3,917 | 4,185 | 5,523 |
| Ending Balance | 2,731 | 1,603 | 1,842 | 2,109 | 2,392 | 2,672 | 3,082 | 3,690 | 3,917 | 4,185 |
| Inc/(Dec) | 1,128 | (239) | (267) | (283) | (280) | (410) | (608) | (227) | (268) | (1,338) |
| $ Inc/(Dec) from Prior Month | 1,128 | (239) | (267) | (283) | (280) | (410) | (608) | (227) | (268) | (1,338) |
| % Inc/(Dec) from Prior Month | 70% | -13% | -13% | -12% | -10% | -13% | -16% | -6% | -6% | -24% |

Note: This only includes the cash at Frost Bank and does not include the reserve at Stearns Bank.



CONFIDENTIAL

< I>

STATEMENT ISSUED
10-31-2022
PAGE 1

**EXHIBIT**
**1-E**

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 1,603,106.32 | 2 | 5,840,552.00 | 23 | 4,712,665.71 | 2,730,992.61 |

DEPOSITS/CREDITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 10-03 | 2,920,276.00 | ACCOUNT TRANSFER | FROM ACCOUNT xxxxx0285 |
| 10-03 | 2,920,276.00 | ACCOUNT TRANSFER | FROM ACCOUNT xxxxx0293 |

CHECKS PAID

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10-19 | 1026 # | 1,000.00 | 10-25 | 1027 # | 25.00 | | | |

# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 10-03 | 6,003.42 | ACH ORIGINATION DEBITS | ANIMO BANCORP BIRMINGHAM -SETT- |
| 10-03 | 16,741.60 | ACH ORIGINATION DEBITS | ANIMO BANCORP 10000 CHAR -SETT- |
| 10-03 | 1,000.00 | WIRE TRANSFER | FROST BANK WIRE OUT 01408 |
| 10-03 | 7,864.00 | WIRE TRANSFER | FROST BANK WIRE OUT 01409 |
| 10-03 | 537.84 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 10-04 | 184.98 | ELECTRONIC DEBIT | SPECTRUM SPECTRUM 9196940 |
| 10-04 | 22,662.87 | ELECTRONIC DEBIT | IPFS866-412-2431 IPFSPMTMAW 597531 |
| 10-21 | 5,532.08 | ACH ORIGINATION DEBITS | ANIMO BANCORP STEARNSOP -SETT- |
| 10-21 | 6,815.64 | ACH ORIGINATION DEBITS | ANIMO BANCORP STEARNSOP -SETT- |
| 10-21 | 15,000.00 | WIRE TRANSFER | FROST BANK WIRE OUT 04025 |
| 10-25 | 59.00 | ACH ORIGINATION DEBITS | ANIMO BANCORP KENNEDY S -SETT- |
| 10-25 | 596.16 | ACH ORIGINATION DEBITS | ANIMO BANCORP LEXISNEXIS -SETT- |
| 10-25 | 1,100.11 | ACH ORIGINATION DEBITS | ANIMO BANCORP BVS -SETT- |
| 10-25 | 2,704.06 | ACH ORIGINATION DEBITS | ANIMO BANCORP LEXISNEXIS -SETT- |
| 10-25 | 10,660.00 | ACH ORIGINATION DEBITS | ANIMO BANCORP LEXISNEXIS -SETT- |
| 10-25 | 23,490.00 | ACH ORIGINATION DEBITS | ANIMO BANCORP NETWORKCOM -SETT- |
| 10-25 | 40,006.81 | ACH ORIGINATION DEBITS | ANIMO BANCORP MARQETA -SETT- |
| 10-25 | 49,999.98 | ACH ORIGINATION DEBITS | ANIMO BANCORP CATHYLEMIE -SETT- |
| 10-25 | 4,500,000.00 | ELECTRONIC DEBIT | RAYMOND JAMES & BROKERAGE 8193D85000022 |
| 10-26 | 495.36 | ELECTRONIC DEBIT | LOGIX COMMUNICAT 7138658215 M64013440044 |
| 10-31 | 186.80 | ELECTRONIC DEBIT | NCR Receivables 9-22 ALLP 0000000USC25348 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-30 | 1,603,106.32 | 10-19 | 7,387,663.61 | 10-26 | 2,731,179.41 |
| 10-03 | 7,411,511.46 | 10-21 | 7,360,315.89 | 10-31 | 2,730,992.61 |
| 10-04 | 7,388,663.61 | 10-25 | 2,731,674.77 | | |

STATEMENT ISSUED
< I> 11-30-2022
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED_CHECKING_:__ACCOUNT_NO.__[redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 2,730,992.61 | 1 | 5,512,246.69 | 15 | 8,107,929.58 | 135,309.72 |

DEPOSITS/CREDITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-28 | 5,512,246.69 | ELECTRONIC DEPOSIT | RAYMOND JAMES & BROKERAGE 8193D85000022 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-01 | 6,003.42 | ACH ORIGINATION DEBITS | ANIMO BANCORP BIRMINGHAM -SETT- |
| 11-01 | 18,054.31 | ACH ORIGINATION DEBITS | ANIMO BANCORP 10000 CHAR -SETT- |
| 11-01 | 48,927.59 | ACH ORIGINATION DEBITS | ANIMO BANCORP SUMMIT INS -SETT- |
| 11-01 | 1,000.00 | WIRE TRANSFER | FROST BANK WIRE OUT 01658 |
| 11-01 | 7,864.00 | WIRE TRANSFER | FROST BANK WIRE OUT 01659 |
| 11-02 | 184.98 | ELECTRONIC DEBIT | SPECTRUM SPECTRUM 5562553 |
| 11-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 11-02 | 22,662.87 | ELECTRONIC DEBIT | IPFS866-412-2431 IPFSPMTMAW 597531 |
| 11-03 | 1,000,000.00 | WIRE TRANSFER | FROST BANK WIRE OUT 01957 |
| 11-10 | 363.41 | ELECTRONIC DEBIT | SPECTRUM SPECTRUM 7430326 |
| 11-15 | 1,430.50 | ELECTRONIC DEBIT | THE HARTFORD NTCLBIIVRC 16494756 |
| 11-22 | 493.18 | ELECTRONIC DEBIT | LOGIX COMMUNICAT 7138658215 M64063013795 |
| 11-30 | 3,500,025.00 | ACCOUNT TRANSFER | TO ACCOUNT xxxxx0285 |
| 11-30 | 3,500,025.00 | ACCOUNT TRANSFER | TO ACCOUNT xxxxx0293 |
| 11-30 | 465.74 | ELECTRONIC DEBIT | NCR Receivables 10-22 ALLP 0000000USC25348 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-31 | 2,730,992.61 | 11-03 | 1,625,865.86 | 11-22 | 1,623,578.77 |
| 11-01 | 2,649,143.29 | 11-10 | 1,625,502.45 | 11-28 | 7,135,825.46 |
| 11-02 | 2,625,865.86 | 11-15 | 1,624,071.95 | 11-30 | 135,309.72 |

STATEMENT ISSUED
< I> 12-30-2022
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED_CHECKING_:__ACCOUNT_NO.__[redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 135,309.72 | 1 | 659.75 | 2 | 903.48 | 135,065.99 |

--- DEPOSITS/CREDITS ---

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 12-02 | 659.75 | ELECTRONIC DEPOSIT | RAYMOND JAMES & BROKERAGE 8193D85000022 |

--- OTHER WITHDRAWALS/DEBITS ---

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 12-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 12-30 | 473.90 | ELECTRONIC DEBIT | NCR Receivables 11-22 ALLP 0000000USC25348 |

--- DAILY BALANCE ---

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11-30 | 135,309.72 | 12-02 | 135,539.89 | 12-30 | 135,065.99 |

STATEMENT ISSUED
< I> 01-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 135,065.99 | 0 | .00 | 2 | 961.97 | 134,104.02 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 01-03 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 01-19 | 69.53 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 01-31 | 462.86 | ELECTRONIC DEBIT | NCR Receivables 12-22 ALLP 91034007 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12-30 | 135,065.99 | 01-19 | 134,566.88 | 01-31 | 134,104.02 |
| 01-03 | 134,636.41 | | | | |

STATEMENT ISSUED
< I> 02-28-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 134,104.02 | 0 | .00 | 2 | 950.63 | 133,153.39 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 02-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 02-16 | 58.55 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 02-28 | 462.50 | ELECTRONIC DEBIT | NCR Receivables 1-23 ALLP 91034741 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01-31 | 134,104.02 | 02-16 | 133,615.89 | 02-28 | 133,153.39 |
| 02-02 | 133,674.44 | | | | |

< I> STATEMENT ISSUED
03-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 133,153.39 | 0 | .00 | 2 | 955.42 | 132,197.97 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 03-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 03-16 | 63.34 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 03-31 | 462.50 | ELECTRONIC DEBIT | NCR Receivables 02-23 ALLP 91035475 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02-28 | 133,153.39 | 03-16 | 132,660.47 | 03-31 | 132,197.97 |
| 03-02 | 132,723.81 | | | | |

STATEMENT ISSUED
< I> 04-28-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 132,197.97 | 0 | .00 | 2 | 971.14 | 131,226.83 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 04-03 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 04-18 | 79.06 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 04-28 | 462.50 | ELECTRONIC DEBIT | NCR Receivables 03-23 ALLP 91036219 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 03-31 | 132,197.97 | 04-18 | 131,689.33 | 04-28 | 131,226.83 |
| 04-03 | 131,768.39 | | | | |

< I> STATEMENT ISSUED
05-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800) 513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 131,226.83 | 0 | .00 | 2 | 3,287.51 | 127,939.32 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 05-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 05-16 | 82.93 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 05-31 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 04-23 ALLP 91036953 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 04-28 | 131,226.83 | 05-16 | 130,714.32 | 05-31 | 127,939.32 |
| 05-02 | 130,797.25 | | | | |

STATEMENT ISSUED
< I> 06-30-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** **[redacted]2363**

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 127,939.32 | 0 | .00 | 2 | 3,286.50 | 124,652.82 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 06-02 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 06-16 | 80.34 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 06-30 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 05-23 ALLP 91037685 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05-31 | 127,939.32 | 06-16 | 127,427.82 | 06-30 | 124,652.82 |
| 06-02 | 127,508.16 | | | | |

STATEMENT ISSUED
< I> 07-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 124,652.82 | 0 | .00 | 2 | 3,291.75 | 121,361.07 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 07-03 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 07-19 | 85.59 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 07-31 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 06-23 ALLP 91038422 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06-30 | 124,652.82 | 07-19 | 124,136.07 | 07-31 | 121,361.07 |
| 07-03 | 124,221.66 | | | | |

STATEMENT ISSUED
< I> 08-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800) 513-7678 to get started.

**ANALYZED_CHECKING_:__ACCOUNT_NO.__[redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 121,361.07 | 0 | .00 | 2 | 3,290.70 | 118,070.37 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 08-01 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 08-16 | 84.54 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 08-31 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 07-23 ALLP 91039544 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07-31 | 121,361.07 | 08-16 | 120,845.37 | 08-31 | 118,070.37 |
| 08-01 | 120,929.91 | | | | |

STATEMENT ISSUED
< I> 09-29-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Frost will never call, email or text you to request account access credentials. If you notice any unusual activity or for additional information, call us 24/7 at (800)513-7678.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** **[redacted]2363**

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 118,070.37 | 0 | .00 | 2 | 3,287.70 | 114,782.67 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 09-01 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 09-19 | 81.54 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 09-29 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 08-23 ALLP 91040424 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 08-31 | 118,070.37 | 09-19 | 117,557.67 | 09-29 | 114,782.67 |
| 09-01 | 117,639.21 | | | | |

STATEMENT ISSUED
< I> 10-31-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit
and debit card payments? Frost Merchant Services can help.
Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 114,782.67 | 0 | .00 | 2 | 3,293.05 | 111,489.62 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 10-02 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 10-18 | 86.89 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 10-31 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 09-23 ALLP 91041331 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 09-29 | 114,782.67 | 10-18 | 114,264.62 | 10-31 | 111,489.62 |
| 10-02 | 114,351.51 | | | | |

STATEMENT ISSUED
< I> 11-30-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Positive Pay verifies checks for payment before they are posted to your account. Learn more about how to prevent fraud by calling (888)481-0336.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** **[redacted]2363**

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 111,489.62 | 0 | .00 | 2 | 3,292.17 | 108,197.45 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-02 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 11-16 | 86.01 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 11-30 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 10-23 ALLP 91042171 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 10-31 | 111,489.62 | 11-16 | 110,972.45 | 11-30 | 108,197.45 |
| 11-02 | 111,058.46 | | | | |

STATEMENT ISSUED
< I> 12-29-2023
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Frost will never call, email or text you to request account access credentials. If you notice any unusual activity or for additional information, call us 24/7 at (800) 513-7678.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 108,197.45 | 0 | .00 | 2 | 3,297.31 | 104,900.14 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 12-04 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 12-18 | 91.15 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 12-29 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 11-23 ALLP 91045205 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 11-30 | 108,197.45 | 12-18 | 107,675.14 | 12-29 | 104,900.14 |
| 12-04 | 107,766.29 | | | | |

STATEMENT ISSUED
< I> 01-31-2024
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Frost will never call, email or text you to request account access credentials. If you notice any unusual activity or for additional information, call us 24/7 at (800)513-7678.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 104,900.14 | 0 | .00 | 2 | 3,299.50 | 101,600.64 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 01-02 | 431.16 | ELECTRONIC DEBIT | SPECTRUM VOIP PURCHASE 9723120388 |
| 01-18 | 93.34 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 01-31 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 12-23 ALLP 91045986 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 12-29 | 104,900.14 | 01-18 | 104,375.64 | 01-31 | 101,600.64 |
| 01-02 | 104,468.98 | | | | |

STATEMENT ISSUED
< I> 02-29-2024
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Frost offers a loan for almost every business need. We will work closely to make sure you get the right loan. Call us at (866)376-7889 to learn how we can help your business grow.

**ANALYZED_CHECKING_:__ACCOUNT_NO.__[redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 101,600.64 | 0 | .00 | 2 | 3,297.55 | 98,303.09 |

OTHER WITHDRAWALS/DEBITS

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 02-02 | 429.58 | ELECTRONIC DEBIT | SPECTRUMVOIPINC WEBPAYMENT |
| 02-16 | 92.97 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 02-29 | 2,775.00 | ELECTRONIC DEBIT | NCR Receivables 01-24 ALLP 91046719 |

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01-31 | 101,600.64 | 02-16 | 101,078.09 | 02-29 | 98,303.09 |
| 02-02 | 101,171.06 | | | | |

STATEMENT ISSUED
< I> 03-07-2024
PAGE 1

ANIMO BANCORP INC
10777 STRAIT LN
DALLAS TX 75229

0

Interested in accepting in-store, online or mobile credit and debit card payments? Frost Merchant Services can help. Contact Customer Service at (800)513-7678 to get started.

**ANALYZED CHECKING : ACCOUNT NO. [redacted]2363** [redacted]2363

| BALANCE LAST STATEMENT | NO. | DEPOSITAMOUNT | NO. | ITHDRAWALAMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 98,303.09 | 0 | .00 | 4 | 98,303.09 | .00 |

------------------------------------ OTHER WITHDRAWALS/DEBITS ----------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION | | |
|---|---|---|---|---|---|
| 03-01 | 5,600.00 | WIRE TRANSFER | FROST BANK | WIRE OUT | 07898 |
| 03-01 | 7,500.00 | WIRE TRANSFER | FROST BANK | WIRE OUT | 07288 |
| 03-01 | 85,000.00 | WIRE TRANSFER | FROST BANK | WIRE OUT | 07899 |
| 03-07 | 203.09 | CLOSING DEBIT | | | |

---------------------------------------- DAILY BALANCE --------------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 02-29 | 98,303.09 | 03-01 | 203.09 | 03-07 | .00 |