# EXHIBIT 6

October 5, 2021

To: Melissa Neugebauer
10777 Strait Lane
Dallas, Texas 75229

From: Animo Bancorp, Inc.

Re: Capital Call Notice

We are writing to notify you that the Company hereby requests a Capital Contribution in the amount of $7,000,000. Based on your Ownership Percentage of 50%, the total amount owed by you is $3,500,000.

Payment must be received on or prior to October 7, 2021. Your total payment set out above is payable by wire or bank transfer to the account listed below:

Name: Animo Bancorp, Inc.

Routing #: [redacted]0093

Account #: [redacted]2363

If you have any questions about this capital call, please contact Bryan Joiner at bryan@doradocp.com.

Sincerely,

Stephen Curry

Chief Executive Officer