# EXHIBIT 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER** | § | |
| **Defendants.** | § | |

**BUSINESS RECORDS DECLARATION**

1. My name is Lindsay Cutler. I am over twenty-one (21) years of age, have never been convicted of a felony, and am competent to make this Declaration. The matters set forth herein are within my personal knowledge and are true and correct.

2. I am the custodian of records for Crowe LLP ("Crowe") with respect to the documents requested and produced in response to the subpoena issued in the above-referenced adversary proceeding by the Trustee's counsel to Crowe (the "Subpoena").

3. By virtue of my duties and responsibilities as the custodian of records for Crowe, I am familiar with the manner in which Crowe's records are created and maintained.

4. Attached are 14 pages of records being produced in response to the Subpoena (the "Records"), which have been labeled: CROWE-ANIMO-000001 – CROWE-ANIMO-000014.

5. The Records are kept under my care, supervision, custody, and control.

6. The Records are original records or exact duplicates of the original records.

7. The Records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth therein.

8. The Records were made by, or from information transmitted by, persons with knowledge of the matters set forth in the records, and it is the regular practice of Crowe for these types of records to be made by, or from information transmitted by, persons with knowledge of the matters set forth in them.

9. The Records were kept in the course of regularly conducted business activity, and it is the regular practice of Crowe to make these Records.

My name is Lindsay Cutler. I declare under penalty of perjury that the foregoing is true and correct.

Executed in DuPage County, State of Illinois, on Aug. 27, 2026.

Lindsay Cutler
DECLARANT

EXHIBIT
10-A

**Annual Financial Statements**

**Animo Bancorp, Inc.**

**For the period May 27, 2021 to December 31, 2021**

**Animo Bancorp, Inc.**

**Table of Contents**

Independent Auditors Report........................................................................ 3

Consolidated Balance Sheet ........................................................................ 5

Consolidated Statement of Operations ........................................................ 6

Consolidated Statement of Changes in Shareholders' Equity.............. 7

Consolidated Statement of Cash Flows ............................................... 8

Notes to the Consolidated Financial Statements ................................. 9

Crowe

**Crowe LLP**
Independent Member Crowe Global

# INDEPENDENT AUDITOR'S REPORT

Board of Directors of Animo Bancorp, Inc.
Dallas, Texas

## *Opinion*

We have audited the financial statements of Animo Bancorp, Inc. (the "Company"), which comprise the consolidated balance sheet as of December 31, 2021, and the related consolidated statements of operations, changes in shareholders' equity, and cash flows for the period May 27, 2021 to December 31, 2021, and the related consolidated notes to the financial statements.

In our opinion, the accompanying financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2021, and the results of their operations and their cash flows for the period May 27, 2021 to December 31, 2021, in accordance with accounting principles generally accepted in the United States of America.

## *Basis for Opinion*

We conducted our audit in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the Company and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

## Substantial Doubt About the Company's Ability to Continue as a Going Concern

The accompanying financial statements have been prepared assuming that the Company will continue as a going concern. As discussed in Note 2 to the financial statements, the Company requires additional capital to sustain operations that raise substantial doubt about the Company's ability to continue as a going concern. In addition, the Company cannot provide assurance that the pending acquisition will receive the regulatory approvals required to close the transaction. The required approvals and deal closing are outside of management's control, and therefore could disrupt the Company's business plan and forecasted revenue generation. Management's plans in regard to these matters are also described in Note 2. The financial statements do not include any adjustments that might result from the outcome of this uncertainty.

## *Responsibilities of Management for the Financial Statements*

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for one year from the date the financial statements are available to be issued.

***Auditor's Responsibilities for the Audit of the Financial Statements***

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

Crowe LLP

Crowe LLP

Dallas, Texas
June 30, 2022

Animo Bancorp, Inc.
CONSOLIDATED BALANCE SHEET
December 31, 2021
(Dollar amounts in thousands)

| | |
|---|---|
| **ASSETS** | |
| Cash and cash items | $ 5,523 |
| Other assets | 750 |
| **TOTAL ASSETS** | **$ 6,273** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | |
| **LIABILITIES** | |
| Due to Related Party | $ 528 |
| Accrued expenses | 46 |
| **Total Liabilities** | **574** |
| **SHAREHOLDERS' EQUITY** | |
| Common stock – $0.10 par value par value | |
| Authorized – 1,000 shares | |
| Issued – 1,000 shares | -- |
| Additional paid-in-capital | 7,000 |
| Accumulated deficit | (1,301) |
| **Total Shareholders' Equity** | **5,699** |
| **TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY** | **$ 6,273** |

Animo Bancorp, Inc.
CONSOLIDATED STATEMENT OF OPERATIONS
For the Period From May 27, 2021 (Inception) Through December 31, 2021
(Dollar amounts in thousands)

| | |
|---|---|
| **EXPENSES:** | |
| Professional services | $ 1,061 |
| Bank Acquisition Expense | 180 |
| Other expenses | 60 |
| **Total expenses** | **1,301** |
| **NET LOSS BEFORE INCOME TAX (BENEFIT)** | **(1,301)** |
| **INCOME TAX BENEFIT** | **--** |
| **NET LOSS** | **$ (1,301)** |

Animo Bancorp, Inc.
CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY
For the Period From May 27, 2021 (Inception) Through December 31, 2021
(Dollar amounts in thousands)

| | Shares | Amount | Additional Paid in Capital | Accumulated Deficit | Total Shareholders' Equity |
|---|---|---|---|---|---|
| **Balance, May 27, 2021** | **--** | **$ --** | **$ --** | **$ --** | **$ --** |
| Issuance of common stock | 1,000 | -- | 7,000 | -- | 7,000 |
| Deficit contributed in common control transaction | -- | -- | (4,250) | -- | (4,250) |
| Proceeds received in common control transaction | -- | -- | 4,250 | -- | 4,250 |
| Net loss | -- | -- | -- | (1,301) | (1,301) |
| **Balance, at December 31, 2021** | **1,000** | **$ --** | **$ 7,000** | **$ (1,301)** | **$ 5,699** |

Animo Bancorp, Inc.
CONSOLIDATED STATEMENT OF CASH FLOWS
For the Period From May 27, 2021 (Inception) Through December 31, 2021
(Dollar amounts in thousands)

| | |
|---|---|
| **Operating Activities:** | |
| Net loss | $ (1,301) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Changes in operating assets | (750) |
| Changes in other liabilities | 574 |
| **Net cash (used in) provided by operating activities** | (1,477) |
| **Investing Activities:** | |
| Proceeds received in common control transaction | 4,250 |
| **Net cash provided by investing activities** | 4,250 |
| **Financing Activities:** | |
| Net proceeds from the issuance of shares | 7,000 |
| Deficit contributed in common control transaction | (4,250) |
| **Net cash (used in) provided by financing activities** | 2,750 |
| Net increase (decrease) in cash and cash items | 5,523 |
| Cash and cash items at beginning of year | -- |
| **Cash and cash items at end of year** | **$ 5,523** |

**Animo Bancorp, Inc.**
**Notes to the Financial Statements**

## Note 1 – Summary of Significant Accounting Policies

### *Nature of Operations*

Animo Bancorp, Inc. ("Animo" or the "Company"), headquartered in Ganado, Texas, was formed on May 27, 2021 and organized as a Texas corporation. Animo acts as a holding company and is in the process of developing and establishing its business operations within the financial services sector. Animo is in the early stages of development but intends to serve the public within the traditional financial services sector. The Company's offerings are intended to consist of traditional banking services, such as deposit and lending activities, offered locally through its physical branches and nationally through digital channels. The Company had two subsidiaries during the period – Animo Services LLC ("ASL") and Animo Mortgage Company LLC ("AMC"). ASL was sold during the period as discussed in Note 3 – Acquisition and Divestiture Activities and AMC was sold after period-end as discussed in Note 8 – Subsequent Events.

### *Proposed Acquisition*

On October 21, 2021, Animo entered into an Agreement and Plan of Merger with Ganado Bancshares, Inc. ("Ganado"), the parent company of Citizens State Bank of Ganado ("CSB"), for the acquisition of all outstanding stock of Ganado for approximately $7 million, net of a deposit of $750 thousand. Animo will affect the acquisition through the merger of a to-be-formed Texas Corporation and wholly owned subsidiary, GB Acquisition Co., into Ganado, with Ganado being the surviving entity. As a result of the acquisition, Ganado will become a direct subsidiary of Animo. Subsequent to this event, Animo will merge Ganado into Animo resulting in CSB becoming a direct subsidiary of Animo.

Once this series of transactions has completed, Animo's operating subsidiary will be a Texas-based state-chartered bank and will be eligible to provide customary banking services to its customers.

The acquisition is subject to regulatory approvals and certain other customary closing conditions.

### *Basis of Presentation*

The accompanying Consolidated Financial Statements include the accounts of the Company and subsidiary for the period of May 27 (inception) to December 31, 2021. All intercompany transactions and balances have been eliminated.

The Company has evaluated subsequent events through the date of this report to determine if either recognition or disclosure of significant events or transactions is required.

The accounting policies followed by the Company and the methods of applying these policies conform with U.S. GAAP and with practices generally accepted within the financial services industry. Certain policies that significantly affect the determination of financial position, results of operations and cash flows are summarized below.

***Use of estimates***

The preparation of the Consolidated Financial Statements in conformity with generally accepted accounting principles in the United States of America requires management to make certain estimate and assumptions that affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of expenses during the reporting period. Actual results could differ from those estimates.

***Cash and cash items***

The Company classifies cash on hand as cash and cash items. These instruments have original maturities of three months or less.

***Leased Facility***

The Company maintains a lease for certain corporate office space located in Dallas, Texas. This lease is for a period of 12 months from inception. Accordingly, the Company has made a policy election to not apply the recognition requirements of ASC Topic 842, Leases, to this short-term lease. Instead, the short-term lease payments will be recognized in the income statement on a straight-line basis over the lease term in the period in which the obligation for those payments is incurred. Future minimum lease payments include base rent of $10,502 per month, plus the Company's allocated portion of the landlord's operating expenses as defined in the lease agreement.

***Fair Value of Financial Instruments***

Fair value is defined as the price at which an asset could be exchanged or a liability could be transferred in an orderly transaction between knowledgeable and willing market participants within the principal or most advantageous market at the measurement date. Where available, fair value is based on or derived from observable market prices.

As of December 31, 2021, the carrying values of cash, accounts payable, and accrued expenses approximate their fair values due to the short-term nature of these instruments.

***Income Taxes***

The Company accounts for income taxes under ASC 740, "Income Taxes" ("ASC 740"). ASC 740 requires the recognition of deferred tax assets and liabilities for both the expected impact of differences between the financial statement and tax basis of assets and liabilities and for the expected future tax benefit to be derived from tax loss and tax credit carry forwards. ASC 740 additionally requires a valuation allowance to be established when it is more likely than not that all or a portion of deferred tax assets will not be realized.

ASC 740 also clarifies the accounting for uncertainty in income taxes recognized in an enterprise's financial statement and prescribes a recognition threshold and measurement process for financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return. For those benefits to be recognized, a tax position must be more-likely-than-not to be sustained upon examination by taxing authorities. The Company recognizes accrued interest and penalties related to unrecognized tax benefits as income tax expense. There were no unrecognized tax benefits and no amounts accrued for interest and penalties at December 31, 2021. The Company is not aware of any issues under review that could result in significant payments, accruals or material deviations from its position.

***Recently Issued Accounting Standards***

Management does not believe that any recently issued, but not yet effective, accounting pronouncement if currently adopted would have a material effect on the Company's financial statements.

***Contingencies***

The Company has accounted for contingencies under US GAAP. The Company acknowledges that unforeseen circumstances could transpire that may disrupt the Company's operations and its ability to execute on its business plan.

**Note 2 - Liquidity and Going Concern**

At December 31, 2021, the Company had cash and cash items of $5.5 million available to fund ongoing operations.

The Company will need to raise additional capital from its shareholders, officers, directors or third parties. The Company's officers, directors and shareholders may, but are not obligated to, loan the Company funds, from time to time or at any time, in whatever amount they deem reasonable in their sole discretion, to meet the Company's working capital needs. Accordingly, the Company may not be able to obtain additional financing. If the Company is unable to raise additional capital, it will be required to take additional measures to conserve liquidity, which could include, but not necessarily be limited to, curtailing operations and reducing overhead expenses. The Company cannot provide any assurance that new financing will be available to it on commercially acceptable terms, if at all. Furthermore, the Company cannot provide assurance that the pending acquisition will receive the regulatory approvals required to close the transaction. The required approvals and deal closing are outside of management's control, and therefore could disrupt the Company's business plan and forecasted revenue generation. These conditions raise substantial doubt about the Company's ability to continue as a going concern for a reasonable period of time, which is considered to be one year from the issuance date of the financial statements. These consolidated financial statements do not include any adjustments relating to the recovery of the recorded assets or the classification of the liabilities that might be necessary should the Company be unable to continue as a going concern.

**Note 3 – Acquisition and Divestiture Activities**

*Proposed Acquisition – Ganado Bancshares*

In connection with the proposed acquisition, the Company made a payment of $930 thousand to Ganado. $750 thousand was deposited with Ganado and represents a deposit of funds that will be applied toward the purchase price at closing. This amount has been classified as an other asset on the Company's Consolidated Balance Sheet. If the acquisition does not close, the amount of $750 thousand will be forfeited by the Company, representing a termination penalty. The remaining $180 thousand was expensed and represents a payment to Ganado for bank acquisition related expenses. This amount has been classified as Bank acquisition expense on the Company's Consolidated Statement of Operations.

*Sale of Animo Services, LLC*

On November 22, 2021, the Company completed the sale of all outstanding equity interests of Animo Services, LLC to With Purpose Inc., a related party. Prior to the sale, Animo Services, LLC was a wholly owned subsidiary of the Company. The transaction was structured as a cash purchase totaling $4.3 million. As this

transaction was between entities under common control, it was accounted for in a manner similar to pooling-of-interest acquisition method, which requires the activity of the sold operations be removed from the Company's financial statements, as if the transaction had occurred at the beginning of the period presented. Being that Animo Services LLC was founded and created during the period, the book value of Animo Services LLC at the beginning of the period was zero. The cash received and equity contributed in the common control transaction are both presented within the Statement of Shareholders' Deficit.

**Note 4 – Cash**

The Company maintains cash operating accounts at a regulated domestic financial institution in an amount that exceeds FDIC insured amounts. We believe this institution is of high credit quality and we have not experienced any losses to date. At December 31, 2021, operating cash balances totaled $5.5 million.

**Note 5 – Fair Value**

The Company applies the fair value accounting guidance required under ASC Topic 820 which establishes a framework for measuring fair value. This guidance defines fair value as the exchange price that would be received for an asset or paid to transfer a liability in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants at the measurement date. This guidance also establishes a fair value hierarchy which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. A financial instrument's categorization within this fair value hierarchy is based upon the lowest level of input that is significant to the instrument's fair value measurement. The three levels within the fair value hierarchy are described as follows.

- Level 1 – Fair value is based on quoted prices in an active market for identical assets or liabilities.
- Level 2 – Fair value is based on quoted market prices for similar instruments traded in active markets, quoted prices for identical or similar instruments in markets that are not active and model-based valuation techniques for which all significant assumptions are observable in the market.
- Level 3 – Fair value is based on unobservable inputs that are supported by little or no market activity and that are significant to the fair value of the assets or liabilities. Level 3 assets and liabilities would include financial instruments whose value is determined using pricing models, discounted cash flow methodologies, or similar pricing techniques based on the Company's own assumptions about what market participants would use to price the asset or liability.

At December 31, 2021, the Company's assets measured at carrying value, which approximates fair value, consisted of cash and cash items totaling $5.5 million. All of the Company's cash and cash item balances were classified as Level 1 under the fair value hierarchy.

Transfers to/from Levels 1, 2 and 3 are recognized at the end of the reporting period. There were no transfers between levels for the period from May 27, 2021 (inception) through December 31, 2021.

**Note 6 – Income Taxes**

Income tax benefit for the period from May 27, 2021 to December 31, 2021, consisted of the following (in thousands):

| | | |
|---|---|---|
| Current income tax expense (benefit): | | |
| Federal | $ | -- |
| State | | -- |
| Total | | -- |

| | |
|---|---|
| Deferred income tax expense (benefit): | |
| Federal | (273) |
| State | -- |
| Valuation Allowance | 273 |
| Total | $ -- |

Income tax benefit differed from the amount computed by applying the federal statutory income tax rate to pretax loss for the following reasons:

| | **For the period ended December 31, 2021** (dollars in thousands) | | |
|---|---|---|---|
| | Amount | Percent | |
| Federal tax (benefit) at statutory rate | **$ (273)** | **21** | **%** |
| Income of divested business | (930) | 71 | |
| Gain on sale of divested business | 930 | (71) | |
| Increase in valuation allowance | 273 | (21) | |
| Total income tax expense | $ -- | -- | % |

The difference created from income of divested business was created by the sale of Animo Services LLC, as discussed in Note 3. The Company is required to complete its annual tax filings in a manner that reflects the bifurcated ownership of Animo Services LLC during the period, by the former and current owners of the entity.

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities as of December 31, 2021 are presented below (in thousands).

| | |
|---|---|
| Deferred income tax assets: | |
| Capitalized expenses | $ 235 |
| Transaction costs | 38 |
| Total deferred income tax assets | 273 |
| Valuation allowance | (273) |
| Total deferred income tax assets after valuation allowance | -- |
| | |
| Deferred income tax liabilities: | |
| Fixed assets | -- |
| Total deferred tax liabilities | -- |
| | |
| Net deferred tax asset | $ -- |

There were no unrecognized tax benefits and no amounts accrued for interest and penalties at December 31, 2021.

**Note 7 – Related Party Transactions**

*Sale of Animo Services, LLC*

As noted in Note 3 – Acquisition Activities, on November 22, 2021, the Company completed the sale of all outstanding equity interest of Animo Services, LLC to With Purpose, Inc., a related party under common control. The transaction was structured as a cash purchase totaling $4.3 million and was accounted for as a sale of a subsidiary under common control.

*Due to Related Party*

During the period certain expenses were incurred by an affiliated entity on behalf of the Company. The amount due to the affiliated entity as of December 31, 2021 totaled $528 thousand, and is presented as a liability on the Company's balance sheet. Subsequent to December 31, 2021, the amount has been settled in full.

**Note 8 – Subsequent Events**

Subsequent events have been considered through June 30, 2022.

On February 26, 2022 the Company executed a 24-month lease for office space in Birmingham, Alabama, with a lease commencement date of March 1, 2022. Future minimum lease payments for base rent are $5,603 per month for lease months 1 through 12 and $5,898 for lease months 13 through 24.

On March 18, 2022, the Company completed the sale of all outstanding equity interests of AMC to With Purpose, Inc., a related party. The transaction was structured as a cash purchase totaling $10 thousand, which approximated the carrying value of AMC as of the sale date.

On April 29, 2022 the Company executed a 12-month lease for office space in Charlotte, North Carolina, with a lease commencement date of May 1, 2022. Future minimum lease payments for base rent are $7,864 per month.