**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**<u>PROPOSED ORDER GRANTING TRUSTEE'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER</u>**

CAME ON FOR CONSIDERATION the Trustee's Traditional Motion for Summary Judgment Against Defendants Toby Neugebauer and Melissa Neugebauer (the "Motion"). Having considered the Motion, the summary judgment evidence, and the applicable law, the Court finds that the Motion should be GRANTED. Accordingly, IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. The Trustee is GRANTED summary judgment on Count III of the Complaint;

3. The Trustee is GRANTED summary judgment on Count IV of the Complaint;

4. The Trustee is GRANTED summary judgment on Count V of the Complaint;

5. The Trustee may seek attorney's fees, costs, pre-judgment and post-judgment interest at the highest rate allowed by law at a later date; and

6. Such other and further relief, at law or in equity, to which the Trustee may be entitled.

# # #

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas State Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas State Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas State Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas State Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-1536 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**