# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−50359−alt
Chapter No.: 7

IN RE: **Animo Bancorp, Inc.** , Debtor(s)

Adversary Proceeding No.: 26−05011−alt
Judge: Aubrey L. Thomas

**John Patrick Lowe,**
**Chapter 7 Trustee**
Plaintiff

v.

**Toby Neugebauer et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **10/20/26 at 09:00 AM**

Hearing to Consider and Act Upon the Following: (related document(s): 39 Motion For Summary Judgment Filed by Joshua J. Iacuone for Plaintiff John Patrick Lowe, Chapter 7 Trustee. Hearing Scheduled For 10/20/2026 at 09:00 AM at SA Courtroom 3 ***SET FOR A SPECIAL SETTING DUE TO TIME ANNOUNCEMENT − CLERKS OFFICE WILL SEND NOTICE*** (Flores, Roxanne)

Dated: 9/29/26

Robert Joseph Lawson
Clerk, U. S. Bankruptcy Court