**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**MOTION FOR EMERGENCY HEARING ON TRUSTEE'S EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENT IMPROPERLY WITHHELD AS PRIVILEGED**

Plaintiff John Patrick Lowe (the "Trustee"), as the duly-appointed Chapter 7 Trustee for the estate of Animo Bancorp, Inc. (the "Debtor" or "Bancorp"), files this *Motion for Emergency Hearing* pursuant to L. Rule 9014-1(e), requesting an emergency hearing on the Trustee's *Emergency Motion to Compel Production of Document Improperly Withheld as Privileged and Brief in Support* (the "Motion to Compel"), filed contemporaneously herewith, and shows:

1. The Motion to Compel seeks production, or in camera review, of a single email chain withheld on Defendants' privilege log: a November 30, 2022, communication between Defendant Toby Neugebauer and Jackson Walker LLP bankruptcy counsel "concerning the wind-down of Amino Bancorp," dated the same day Defendants caused Bancorp to transfer them

$7,000,000. Defendants served the privilege log on September 28, 2026. Ex. A. The Trustee conferred with Defendants' counsel beginning the next day and asked Defendants to remove the designation or agree to in camera review; on October 6, 2026, in response to Trustee's counsel pressing for a decision with upcoming hearings, Defendants' counsel responded, "Feel free to file your motion and mark us as opposed." Ex. B.

2. Good cause exists for emergency consideration, and relief is needed by 5:00 p.m. on October 15, 2026. The Debtor's Motion to Convert and Motion for Summary Judgment are set for hearing on October 20, 2026, and this Adversary Proceeding is set for docket call on October 26, 2026, on the Trustee's fraudulent transfer claims. The Withheld Document – advice concerning the wind-down that Defendant Toby Neugebauer testified was undertaken "pursuant to advice of counsel" – bears directly on those matters, especially the fraudulent transfer issue in the pending Motion for Summary Judgment and adversary. Under the ordinary fourteen-day response period of L. Rule 7007-1(b)(2), the Motion to Compel could not be resolved before either setting without emergency consideration.

3. The Trustee therefore respectfully requests that the Court grant this Motion, set the Motion to Compel for emergency hearing at the Court's earliest availability (or rule on the papers on a shortened response period), and grant the Trustee all other relief to which he has shown himself justly entitled. A proposed order is attached.

Respectfully submitted,

*/s/ Joshua J. Iacuone*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**GREG MCALLISTER**
Texas State Bar No. 24071191
E-Mail: greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
E-Mail: josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
E-Mail: jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**SPECIAL COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF CONFERENCE

I certify that counsel for Plaintiff conferred in good faith with counsel for Defendants regarding the relief requested in this Motion. Counsel for Plaintiff requested a conference on September 29, 2026, one day after service of the Privilege Log, and conferred with Defendants' counsel by telephone on September 30, 2026, raising the grounds asserted in this Motion. On October 5, 2026, Plaintiff's counsel asked in writing whether Defendants would remove the privilege designation and produce the Withheld Document or agree to submit it to the Court for in camera review. On October 6, 2026, after receiving no substantive response, Plaintiff's counsel advised that this Motion would be filed on an expedited basis as "hearings coming up shortly," and Defendants' counsel responded: "Feel free to file your motion and mark us as opposed." This Motion is therefore opposed.

*/s/ Joshua J. Iacuone*
**JOSHUA J. IACUONE**

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, a true and correct copy of the foregoing was served on all parties receiving electronic notice through the Court's ECF system.

*/s/ Joshua J. Iacuone*

**JOSHUA J. IACUONE**