# EXHIBIT A

| | |
|---|---|
| **From:** | Joshua Iacuone |
| **To:** | Conor White |
| **Subject:** | FW: ABI/Neugebauers -- Melissa depo and pending MTC |
| **Date:** | Thursday, October 8, 2026 10:22:35 AM |
| **Attachments:** | image001.png<br>Privilege Log - Amino Bancorp Adversary - 9-25-2026.xlsx |

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Monday, September 28, 2026 8:45 AM
**To:** Anna Richardson <anna@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Anna,

Our review of the agreed search terms is complete. The production is available at https://ftp-bmn1.kldiscovery.com/Web/Account/Login.htm. Attached is a privilege log that reflects documents withheld on the basis of privilege. Let me know if you have any issues accessing the production.

Best,

Ian Miller
Associate

TILLOTSON PATTON | TRIAL TESTED

1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

**From:** Anna Richardson <anna@imcplaw.com>
**Sent:** Monday, September 14, 2026 9:11 AM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Thanks, Ian. We'll let the Court know to cancel the hearing tomorrow.

Thanks,
Anna

Anna Olin Richardson
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
Office: 214-432-1536
Cell: 425-829-9852
E-mail: anna@imcplaw.com

---

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Monday, September 14, 2026 8:55 AM
**To:** Anna Richardson <anna@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Anna,

We agree to that.

Best,

Ian Miller
Associate
TILLOTSON PATTON | TRIAL TESTED
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039

imiller@tillotsonlaw.com

---

**From:** Anna Richardson <anna@imcplaw.com>
**Sent:** Sunday, September 13, 2026 9:49 PM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Thanks, Ian. If you can confirm that you'll review/produce these documents on a rolling basis, with the production being complete on or before September 28, we can agree to pass on Tuesday's hearing.

Thanks,
Anna

Anna Olin Richardson
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
Office: 214-432-1536
Cell: 425-829-9852
E-mail: anna@imcplaw.com

---

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Sunday, September 13, 2026 7:45 PM
**To:** Anna Richardson <anna@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Anna,

Your proposal expands it to 4,500 hits. It is likely to take us around 2 weeks, but we're willing to review those. Let us know if that's agreeable.

Best,

Ian Miller
Associate

TILLOTSON PATTON | TRIAL TESTED

1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

---

**From:** Anna Richardson <anna@imcplaw.com>
**Sent:** Sunday, September 13, 2026 2:58 PM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Ian,

We're fine with the proposed date range and the first two searches. The third search needs to include a couple of the other creditors. Here's our proposal (with the changes in red):

(*invoice* OR *owed* OR *due*) AND (Bancorp) AND (*Capco* OR "Capital Markets Company" OR *Personetics* OR "Predictive Analytics" OR PAG OR "Birmingham Financial" OR "Daniel Realty")

Also, can you see how many additional hits there would be if you put the ending date for the third search as August 31, 2023?

Thanks,
Anna

Anna Olin Richardson
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Office: 214-432-1536
Cell: 425-829-9852
E-mail: anna@imcplaw.com

www.imcplaw.com

---

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Sunday, September 13, 2026 2:28 PM
**To:** Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Counsel,

Following up here to see if there's room for an agreement on my suggested search terms.

Thanks,

Ian Miller
Associate

TILLOTSON PATTON | TRIAL TESTED

1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

---

**From:** Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Sent:** Sunday, September 13, 2026 11:14 AM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Much better. Let's pitch it to them.

Get Outlook for iOS

---

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Sunday, 13 September 2026 08:38:06
**To:** Chase Potter <potter@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Also, to get to that number we applied a date filter of May 1, 2021 to January 1, 2023.

Ian Miller
Associate

TILLOTSON PATTON | TRIAL TESTED

1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

---

**From:** Ian Miller
**Sent:** Sunday, September 13, 2026 10:35 AM
**To:** 'Chase Potter' <potter@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Counsel,

Yesterday we came up with the following search terms, which total around 3,000 hits:
1. (*Neugebauer* OR *Joiner*) AND ("7,000,000" OR "7,000,000.00" OR "7000000" OR "7000000.00" OR "7 million" OR "seven million" OR "7MM" OR "7M" OR "3,500,000" OR "3,500,000.00" OR "3500000" OR "3500000.00" OR "3.5 million" OR "three and a half million" OR "three million five hundred thousand" OR "3.5MM" OR "3.5M")
2. (Bancorp) AND ("capital call" OR "return of capital" OR "return capital" OR "return of equity" OR "capital distribution" OR "equity distribution")
3. (*invoice* OR *owed* OR *due*) AND (Bancorp) AND (*Capco* OR "Capital Markets Company" OR *Personetics* OR "Predictive Analytics")

Let us know your thoughts on this.

Best,

Ian Miller
Associate

TILLOTSON PATTON | TRIAL TESTED

1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039

imiller@tillotsonlaw.com

---

**From:** Chase Potter <potter@imcplaw.com>
**Sent:** Saturday, September 12, 2026 5:38 PM
**To:** Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Cc:** Ian Miller <imiller@tillotsonlaw.com>; Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Jeff,

I completely agree that we shouldn't be having this fight (and that court intervention shouldn't be necessary). We also agree that your side should develop search terms and let us know what those searches produce. To date, you have not done so.

Instead, you asked us to send proposed search terms. We did. You aren't agreeing to what our search terms produced. Let us know what your proposed search terms are, what hits they generate, and I'm confident we'll be able to reach an agreement and avoid burdening the court.

I provided the alternative below (simply producing all the hits), because we've never received proposed search terms from you (or your co-counsel).

Thanks,
Chase

Chase Potter
**Iacuone McAllister Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Direct: 214-432-1548
Cell: 903-217-4607
E-mail: potter@imcplaw.com

Sent from my iPhone

On Sep 12, 2026, at 5:22 PM, Jeff Tillotson <jtillotson@tillotsonlaw.com> wrote:

Chase

Honestly, that's not super productive. We have to review whatever we produce. We will just design our own search terms based on our experience and common sense and then ask the court to bless them on Tuesday.

This is a not fight we should be having but if we have to deal with it, then we will.

All that aside, I do want to thank you for accommodating us on Toby's deposition and for your help on Melissa's.

Get Outlook for iOS

---

**From:** Chase Potter <potter@imcplaw.com>
**Sent:** Saturday, 12 September 2026 13:49:58
**To:** Ian Miller <imiller@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Anna Richardson <anna@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Ian,

The most efficient alternative would be to simply produce all hits.

If Toby has been truthful in his testimony, there is no way there should be that many hits on materials in his possession that have not already been produced in the WPI matter. Thus, the majority of these hits should be duplicates of materials previously produced anyways.

It's not our fault that your predecessors didn't do any of this when initially responding to the discovery requests (as they were required).

Thanks,
Chase

Chase Potter
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Direct: 214-432-1548
Cell: 903-217-4607
E-mail: potter@imcplaw.com

Sent from my iPhone

On Sep 12, 2026, at 3:12 PM, Ian Miller <imiller@tillotsonlaw.com> wrote:

Understood – we're waiting to hear back from our discovery team and will keep you posted.

Best,

Ian Miller
Associate
<image001.png>
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

---

**From:** Joshua Iacuone <josh@imcplaw.com>
**Sent:** Saturday, September 12, 2026 2:40 PM
**To:** Anna Richardson <anna@imcplaw.com>; Ian Miller <imiller@tillotsonlaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Ian:

We don't know what terms/parameters are causing the big hits. So if you keep refining to get to 2k or so hits, then just let us know the terms/parameters you used, so we can evaluate, which I'm sure will be fine.

Thanks – if you could get that to us today or tomorrow, then would be much appreciated.

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

www.imcplaw.com

---

**From:** Anna Richardson <anna@imcplaw.com>
**Sent:** Saturday, September 12, 2026 1:58 PM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Ian,

We're fine with narrowing down the hit totals. We can't do that on our end since it's your database. Please propose narrower search terms and resulting hit counts, and we'll let you know if we have any proposed alterations. I'm sure we'll be able to reach an agreement.

Thanks,
Anna

Anna Olin Richardson
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
Office: 214-432-1536
Cell: 425-829-9852

E-mail: anna@imcplaw.com

---

**From:** Ian Miller <imiller@tillotsonlaw.com>
**Sent:** Saturday, September 12, 2026 12:36 PM
**To:** Anna Richardson <anna@imcplaw.com>; Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

Anna,

We ran that search and it produced 67,000 hits. Could we agree to refine that to around 2,000 hits?

Best,

Ian Miller
Associate
<image001.png>
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3039
imiller@tillotsonlaw.com

---

**From:** Anna Richardson <anna@imcplaw.com>
**Sent:** Friday, September 11, 2026 3:26 PM
**To:** Jeff Tillotson <jtillotson@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Ian Miller <imiller@tillotsonlaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Joshua Iacuone <josh@imcplaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** RE: ABI/Neugebauers -- Melissa depo and pending MTC

All,

As a follow-up to Chase's email below, we are willing to pull down the MTC hearing if you run the following searches, produce all non-privileged hits, and provide a categorical privilege log for any hits withheld on the basis of privilege (again, no need to log the Neugebauers' communications with your firm or Lang's firm):

1. (Bancorp OR “Animo Bancorp” OR “Animo Bank” OR Toby OR Melissa OR !Neugebauer!) AND (“7,000,000” OR “7,000,000.00” OR “7000000” OR “7000000.00” OR “7 million” OR “seven million” OR “7MM” OR “7M” OR “3,500,000” OR “3,500,000.00” OR “3500000” OR “3500000.00” OR “3.5 million” OR “three and a half million” OR “three million five hundred thousand” OR “3.5MM” OR “3.5M”

2. (Bancorp OR “Animo Bancorp” OR “Animo Bank”) AND (equit! OR contribut! OR “capital call” OR “return of capital” OR “return capital” OR “return of equity” OR “capital distribution” OR “equity distribution” OR ((Toby OR Melissa OR !Neugebauer!) AND (capital OR infus! OR invest! OR loan! OR debt! OR repay! OR reimburs! OR refund! OR return! OR distribut! OR dividend! OR redeem! OR redemption! OR wire! OR transfer! OR disburs! OR authoriz! OR approv!)))

3. (Bancorp OR “Animo Bancorp” OR “Animo Bank”) AND (!Melissa! OR mneugebauer! OR “M. Neugebauer” OR “M Neugebauer” OR “Mrs. Neugebauer” OR “Ms. Neugebauer” OR “Toby’s wife”)

4. (Bancorp OR “Animo Bancorp” OR “Animo Bank” OR Toby OR Melissa OR !Neugebauer!) AND (!Capco! OR “Capital Markets Company” OR !Personetics! OR “Predictive Analytics” OR PAG OR “Birmingham Financial” OR “Daniel Realty” OR “Blackstone Investments” OR “Dallas County” OR “Texas Comptroller” OR “Comptroller of Public Accounts” OR “State of Tennessee” OR “Tennessee Department of Revenue” OR “Department of Revenue” OR “State of New Jersey” OR “New Jersey Division of Taxation” OR “Division of Taxation” OR “Department of the Treasury”)

5. (!Capco! OR “Capital Markets Company” OR “Capital Markets Co”) AND (Animo OR Bancorp OR “Animo Services” OR ASL OR WPI OR “With Purpose” OR “GloriFi”)

6. !Joiner! AND ((Bancorp OR “Animo Bancorp” OR “Animo Bank”) OR (“7,000,000” OR “7,000,000.00” OR “7000000” OR “7000000.00” OR “7 million” OR “seven million” OR “7MM” OR

> "7M" OR "3,500,000" OR "3,500,000.00" OR "3500000" OR "3500000.00" OR "3.5 million" OR "three and a half million" OR "three million five hundred thousand" OR "3.5MM" OR "3.5M") OR ((Toby OR Melissa OR !Neugebauer!) AND (wire! OR transfer! OR distribut! OR disburs! OR repay! OR refund! OR "return of capital" OR "return capital" OR "return of equity" OR "capital return" OR "equity return")))

Thanks,
Anna

Anna Olin Richardson
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Office: 214-432-1536
Cell: 425-829-9852
E-mail: anna@imcplaw.com

www.imcplaw.com

---

**From:** Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Sent:** Friday, September 11, 2026 2:47 PM
**To:** Chase Potter <potter@imcplaw.com>; Ian Miller <imiller@tillotsonlaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Anna Richardson <anna@imcplaw.com>; Joshua Iacuone <josh@imcplaw.com>; Nick McCarthy <mccarthy@imcplaw.com>; Emily Cabrera <emily@imcplaw.com>
**Subject:** Re: ABI/Neugebauers -- Melissa depo and pending MTC

Chase—

Your conditions for cancelling Messi's deposition are acceptable.

Jeff Tillotson

<image002.png>
1201 Main Street
Suite 1300

Dallas, Texas 75202

O: 214-382-3040
C: 214-695-5333
jtillotson@tillotsonlaw.com

---

**From:** Chase Potter <potter@imcplaw.com>
**Date:** Friday, September 11, 2026 at 2:28 PM
**To:** Ian Miller <imiller@tillotsonlaw.com>, Enrique Ramirez <eramirez@tillotsonlaw.com>, Jeff Tillotson <jtillotson@tillotsonlaw.com>
**Cc:** Anna Richardson <anna@imcplaw.com>, Joshua Iacuone <josh@imcplaw.com>, Nick McCarthy <mccarthy@imcplaw.com>, Emily Cabrera <emily@imcplaw.com>
**Subject:** ABI/Neugebauers -- Melissa depo and pending MTC
Jeff, Enrique, and Ian:

It was good seeing you today. Based on Toby's testimony, we will not need to move forward with Melissa's deposition so long as we stipulate that Melissa was a director of ABI and signed those two documents I used in Toby's deposition today in her capacity as a director. Assuming that is agreeable, you can let Melissa know that the deposition will not go forward on Monday.

We're working on proposed search terms right now and will send them over shortly. Hopefully we can quickly reach an agreement on the search terms and resolve the need for the hearing.

Thanks,
Chase

Chase Potter
**Iacuone | McAllister | Potter PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Office: 214-432-1548
Cell: 903-217-4607
E-mail: potter@imcplaw.com