# EXHIBIT B

**Joshua Iacuone**

**From:** Sara Babineaux <sbabineaux@tillotsonlaw.com>
**Sent:** Tuesday, October 6, 2026 10:12 AM
**To:** Joshua Iacuone; Chase Potter; Anna Richardson
**Cc:** Austen Irrobali; Ian Miller
**Subject:** RE: ABI/Neugebauers - Privilege Log

Hi Josh,

Feel free to file your motion and mark us as opposed. Thanks.

Sara Babineaux
Associate

1201 Main Street, Suite 1300
Dallas, Texas 75202
(469) 895-6029
sbabineaux@tillotsonlaw.com

---

**From:** Joshua Iacuone <josh@imcplaw.com>
**Sent:** Tuesday, October 6, 2026 9:41 AM
**To:** Sara Babineaux <sbabineaux@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Sara:

Please let me know with hearings coming up shortly.

If don't hear from you by COB, then we'll need to file a MTC and mark you as opposed.

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**

---

**From:** Joshua Iacuone
**Sent:** Monday, October 5, 2026 10:12 AM
**To:** 'Sara Babineaux' <sbabineaux@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Sara:

Following up on our conversation regarding the privilege log entry on date of transfers.

Will your clients remove the designation and produce, or shall we submit to Court in camera for review?

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**

---

**From:** Sara Babineaux <sbabineaux@tillotsonlaw.com>
**Sent:** Tuesday, September 29, 2026 2:47 PM
**To:** Joshua Iacuone <josh@imcplaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Ha, true.
Tomorrow actually works better for me. Talk soon!

Sara Babineaux
Associate

TILLOT

1201 Main Street, Suite 1300
Dallas, Texas 75202
(469) 895-6029
sbabineaux@tillotsonlaw.com

**From:** Joshua Iacuone <josh@imcplaw.com>
**Sent:** Tuesday, September 29, 2026 2:46 PM
**To:** Sara Babineaux <sbabineaux@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

You have a unique name too. A blessing and a curse…

Will try to give you a call this afternoon, but might be tomorrow.

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**

**From:** Sara Babineaux <sbabineaux@tillotsonlaw.com>
**Sent:** Tuesday, September 29, 2026 2:40 PM
**To:** Joshua Iacuone <josh@imcplaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Wow, great memory! Yes, I was clerking with Judge Mazzant during that trial.

Sara Babineaux
Associate

TILLOT

1201 Main Street, Suite 1300
Dallas, Texas 75202
(469) 895-6029
sbabineaux@tillotsonlaw.com

**From:** Joshua Iacuone <josh@imcplaw.com>
**Sent:** Tuesday, September 29, 2026 2:34 PM
**To:** Sara Babineaux <sbabineaux@tillotsonlaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>

**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Welcome Sara!

Where you one of the law clerks with Judge Mazzant with the *Crane v. Rave* trial? Your name is very familiar ….

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**

---

**From:** Sara Babineaux <sbabineaux@tillotsonlaw.com>
**Sent:** Tuesday, September 29, 2026 2:29 PM
**To:** Joshua Iacuone <josh@imcplaw.com>; Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Cc:** Austen Irrobali <airrobali@tillotsonlaw.com>; Ian Miller <imiller@tillotsonlaw.com>
**Subject:** RE: ABI/Neugebauers - Privilege Log

Hi Joshua,

I'm helping out on this case going forward. Ian sent me your email. Happy to confer. I can jump on a call anytime after 3. Thanks.

Sara Babineaux
Associate

TILLOT

1201 Main Street, Suite 1300
Dallas, Texas 75202
(469) 895-6029
sbabineaux@tillotsonlaw.com

---

**From:** Joshua Iacuone <josh@imcplaw.com>
**Sent:** Tuesday, September 29, 2026 2:10 PM
**To:** Ian Miller <imiller@tillotsonlaw.com>; Enrique Ramirez <eramirez@tillotsonlaw.com>
**Cc:** Chase Potter <potter@imcplaw.com>; Anna Richardson <anna@imcplaw.com>
**Subject:** ABI/Neugebauers - Privilege Log

Ian/Enrique:

Have 5 minutes to confer on Neugebauers' Privilege Log?

Joshua J Iacuone
**Iacuone McAllister Potter PLLC**
Direct: 214-960-2832
Cell: 214-274-8393

Energy Square One
4925 Greenville Ave.
Suite 1112
Dallas, Texas 75206

**www.imcplaw.com**