**IN THE UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**ANIMO BANCORP, INC.,**<br>**DEBTOR.** | §<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**[PROPOSED] ORDER DENYING TRUSTEE'S**
**MOTION FOR SUMMARY JUDGMENT**

On this day, the Court considered the Motion for Summary Judgment (the "Motion") filed by Plaintiff John Patrick Lowe, Chapter 7 Trustee (the "Trustee"). After considering the Motion, the Court is of the opinion that the Motion should be **DENIED**.

It is therefore **ORDERED** that the Trustee's Motion for Summary Judgment is **DENIED**.

SIGNED this ___ day of _______________, 2026.

____________________________________

JUDGE PRESIDING