**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

## JOINT MOTION TO EXTEND DEADLINES UNDER SCHEDULING ORDER

Plaintiff John Patrick Lowe, Trustee ("Plaintiff" or "Trustee"), and Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") (collectively, the "Parties") file this Joint Motion ("Joint Motion") to Extend Deadlines Under Scheduling Order ("Extension Requests") and, in support thereof, respectfully show the Court as follows:

1. On March 2, 2026, the Trustee commenced this adversary proceeding against Defendants. *See* Adv. Dkt. No. 1.

2. On April 1, 2026, Defendants filed their Answer to the Trustee's Original Complaint and Affirmative Defenses. *See* Adv. Dkt. No. 3.

3. On April 7, 2026, the Court entered the original Scheduling Order governing this adversary proceeding. *See* Adv. Dkt. No. 6.

4. On July 1, 2026, the Court issued an Order Granting Agreed Motion to Extend Dispositive Motion Deadline and Docket Call Under the Scheduling Order, which reset the docket call in this case from September 14, 2026, to October 5, 2026, and extended the deadline to file dispositive motions from July 16, 2026, to August 31, 2026. *See* Adv. Dkt. No. 11. Subsequently, pursuant to the Parties' joint requests, the Court issued orders granting additional extensions to the deadline to file dispositive motions, various pre-trial deadlines, and docket call. *See* Adv. Dkt. Nos. 16, 30, 34. Ultimately, the docket call was reset to October 26, 2026, and the deadline to file a joint pre-trial order and proposed findings of fact and conclusions of law was reset to October 20, 2026. *See* Adv. Dkt. No. 34.

5. At the October 19, 2026, hearing on the Debtor's Emergency Motion for Continuance of Conversion Hearing [Bankr. Dkt. No. 67], the Parties (whose counsel appeared during same) asked the Court to extend the docket call and attendant deadlines for this Adversary Proceeding until after the Court's decision on the Trustee's pending Motion for Summary Judgment [*see* Adv. Dkt. No. 39]. The Court agreed and asked the Trustee to prepare this Joint Motion.

6. Accordingly, the Parties jointly make the following Extension Requests:

(1) Extend the deadline to file a joint pre-trial order and proposed findings of fact and conclusions of law, as set forth in Local Bankruptcy Rule 7016-1(c)-(d), from October 20, 2026, to and including January 5, 2027; and

(2) Extend the docket call from October 26, 2026, to January 11, 2027, at 1:30 p.m.

7. Therefore, to allow the Court time to rule on the Trustee's pending Motion for Summary Judgment, which could moot any pre-trial deadlines, the Parties respectfully make the Extension Requests set forth above.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and to provide them such other and further relief to which they are entitled.

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson (w/permission)*
**Jeffrey M. Tillotson**
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
**Enrique Ramirez**
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
**Ian Miller**
Texas Bar No. 24149222
imiller@tillotsonlaw.com

**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system on this 21st day of October, 2026.

*/s/ Joshua J. Iacuone*
**JOSHUA J. IACUONE**