**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2026.**

AUBREY L. THOMAS
UNITED STATES BANKRUPTCY JUDGE

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES UNDER SCHEDULING ORDER**

ON THIS DAY, the Court considered the Joint Motion to Extend Deadlines Under Scheduling Order ("Joint Motion") filed by Plaintiff John Patrick Lowe, Trustee ("Plaintiff" or

"Trustee"), and Defendants Toby Neugebauer and Melissa Neugebauer ("Defendants") (collectively, the "Parties"). The Court finds that the Joint Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following dates are extended under the Scheduling Order [Adv. Dkt. No. 6] and amends paragraphs 6 and 7 therein as follows:

6. Docket call for trial is set for **1/11/27** at **1:30p** at: **https://www.zoomgov.com/my/thomas.txwb, Via Zoom : Meeting ID: 160 8446 6872**.

7. A joint pre–trial order and proposed findings of fact and conclusions of law are due **1/5/27**. *See* L. Rule 7016–1(c) and (d).

SO ORDERED.

# # #

Respectfully submitted,

*/s/ Joshua J. Iacuone*
**CHASE J. POTTER**
Texas Bar No. 24088245
potter@imcplaw.com
**Greg McAllister**
Texas Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**

*/s/ Jeffrey M. Tillotson (w/permission)*
Jeffrey M. Tillotson
Texas Bar No. 20039200
jtillotson@tillotsonlaw.com
Enrique Ramirez
Texas Bar No. 24122158
eramirez@tillotsonlaw.com
Ian Miller
Texas Bar No. 24149222
imiller@tillotsonlaw.com
**TILLOTSON PATTON**
1201 Main Street, Suite 1300
Dallas, Texas 75202
(214) 382-3041 Telephone
(214) 292-6564 Facsimile

and

Trey Crawford
Texas State Bar No. 24059623
tcrawford@cwl.law
Michael J. Lang (admission pending)
Texas State Bar No. 24036944
mlang@cwl.law
Alexandra Ohlinger (admission pending)
Texas State Bar No. 24091423
aohlinger@cwl.law
Gracen Moreno
Texas State Bar No. 24116248
gmoreno@cwl.law
David M. Akere
Texas State Bar No. 24126294
dakere@cwl.law
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**COUNSEL FOR DEFENDANTS TOBY NEUGEBAUER AND MELISSA NEUGEBAUER**