**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO BANCORP, INC.,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 24-50359-alt**<br><br>**Chapter 7** |
| **JOHN PATRICK LOWE, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 26-05011-alt** |

**TRUSTEE'S MOTION FOR PRETRIAL CONFERENCE**

Plaintiff John Patrick Lowe, Trustee (the "Trustee") files this Motion for Pretrial Conference (the "Motion") and, in support thereof, respectfully shows the Court as follows:

1. For the reasons set forth in the Trustee's Traditional Motion for Summary Judgment [Adv. Dkt. No. 39] (the "Motion for Summary Judgment") and for the reasons stated during the hearing on the Motion for Summary Judgment, the Trustee maintains that he is entitled to an affirmative summary judgment against Defendants, which would end this lawsuit. However, only if the Court's ruling on the Trustee's Motion for Summary Judgment does not fully resolve this adversary proceeding, the Trustee timely and respectfully requests a pretrial conference with the Court.

2. On April 7, 2026, the Court entered the original scheduling order governing this adversary proceeding [Adv. Dkt. No. 6] (the "Original Scheduling Order").

3. On October 22, 2026, the Court signed an Order Granting Joint Motion to Extend Deadlines Under Scheduling Order [Adv. Dkt. No. 64], setting docket call for this adversary proceeding on January 11, 2027.

4. Under paragraph 13 of the Original Scheduling Order, a request for a pretrial conference should be made at least sixty days prior to trial. This Motion is being filed at least sixty days before the January 11, 2027, docket call.

5. Accordingly, only in the event the Court does not grant the Trustee's Motion for Summary Judgment (the Trustee maintains that an affirmative summary judgment in the Trustee's favor should be granted, which would end this adversary proceeding and moot this Motion) the Trustee respectfully requests that the Court grant this Motion, set a pretrial conference, and provide the Trustee such other and further relief to which he is entitled.

***[Remainder of this page intentionally left blank]***

Respectfully submitted,

*/s/ Chase J. Potter*
**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**GREG MCALLISTER**
Texas Bar No. 24071191
E-Mail: greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
E-Mail: josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
E-Mail: jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**SPECIAL COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's ECF system on this 12th day of November, 2026.

*/s/ Chase J. Potter*
**CHASE J. POTTER**