**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 13, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 24-50359-alt** |
| **ANIMO BANCORP, INC.,** | § | **Chapter 7** |
| **DEBTOR.** | § | |
| **JOHN PATRICK LOWE, TRUSTEE,** | § | |
| **Plaintiff,** | § | **Adversary No. 26-05011-alt** |
| **v.** | § | |
| **TOBY NEUGEBAUER AND MELISSA NEUGEBAUER,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING TRUSTEE'S MOTION FOR PRETRIAL CONFERENCE**

ON THIS DAY, the Court considered the Trustee's Motion for Pretrial Conference (the "Motion") filed by Plaintiff John Patrick Lowe, Trustee ("Trustee"). The Court finds that the

Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that in the event the Court's ruling on the Trustee's Traditional Motion for Summary Judgment [Adv. Dkt. No. 39] does not fully resolve this adversary proceeding, the Court will set a pretrial conference by separate notice.

SO ORDERED.

# # #

Respectfully submitted,

*/s/ Chase J. Potter*
**CHASE J. POTTER**
Texas Bar No. 24088245
potter@imcplaw.com
**GREG MCALLISTER**
Texas Bar No. 24071191
greg@imcplaw.com
**JOSHUA J. IACUONE**
Texas Bar No. 24036818
josh@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
shepherd@imcplaw.com
**JESSE A. OKIROR**
Texas Bar No. 24065843
jesse@imcplaw.com

**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Avenue, Suite 1112
Dallas, Texas 75206
(214) 432-6744 - Telephone

**SPECIAL COUNSEL FOR THE TRUSTEE**